IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> AMIN KHOURY, <br><br> Defendant. | **Criminal No.** 20cr10177 DJC - MPK |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant is scheduled to self-report to the United States Marshals Office on September 2, 2020, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: *Eric S. Rosen*
ERIC S. ROSEN
Assistant U.S. Attorney

Date: September 2, 2020