## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:20-CR-10177-DJC |
| | ) | |
| AMIN KHOURY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney respectfully files this notice of withdrawal of appearance on behalf of the United States. In support of this notice, the undersigned states as follows:

1. The undersigned attorney has resigned his position as an Assistant United States Attorney in order to return to the private sector.

2. The United States will continued to be represented in this matter by the following Assistant United States Attorneys: Justin O'Connell, Kristen Kearney, and Leslie Wright.

Respectfully submitted,

Dated: October 25, 2020      By:   /s/ Eric S. Rosen
                                   ERIC S. ROSEN
                                   ericsamuelrosen@gmail.com

## CERTIFICATE OF SERVICE

      I certify that, on October 25, 2020 I caused a copy of the foregoing document to be served via the ECF system on all counsel of record.

Dated:  October 25, 2020        By:   /s/ Eric S. Rosen
                                                  Eric S. Rosen