IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-10177-DJC |
| | ) | |
| AMIN KHOURY, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties request that the time between July 28, 2021 and April 19, 2022 be excluded so that the defendant may have adequate time to confer with counsel and prepare for trial, which is scheduled to begin April 19, 2022.  The ends of justice served by this exclusion outweigh the interests of the public and defendant in a speedy trial.  A proposed order is attached.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| NATHANIEL R. MENDELL<br>Acting United States Attorney | AMIN KHOURY |
| By: */s/ Kristen A. Kearney*<br>   JUSTIN D. O'CONNELL<br>   KRISTEN A. KEARNEY<br>   LESLIE A. WRIGHT<br>   Assistant U.S. Attorneys | By: */s/ Eóin P. Beirne*<br>Eóin P. Beirne<br>Mintz, Levin, Cohn, Ferris, Glovsky &<br>Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Tel.: 617-348-1707<br>Fax: 617-542-2241 |
| Date:  August 5, 2021 | epbeirne@mintz.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 5, 2021                    */s/ Kristen A. Kearney*
                                         Kristen A. Kearney