IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-10177-DJC |
| ) | |
| AMIN KHOURY, ) | |
| ) | |
| Defendant ) | |

### [   ORDER ON EXCLUDABLE DELAY

With the agreement of the parties, the Court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A), that the interests of justice in this case—namely, to allow the parties time to prepare for trial—outweigh the bests interests of the public and defendant for a trial within seventy days of the date of defendant's indictment.  I further find that not granting this motion would deny counsel for both the government and the defendant a reasonable time necessary for effective preparation, taking into the account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ORDERED that the Clerk of this Court enter excludable time for the period **July 28, 2021 and April 19, 2022**.

*Denise J. Casper*
HON. DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

Dated: August  20  , 2021