**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         v.<br><br>AMIN KHOURY,<br><br>                    Defendant. | Case No. 1:20-cr-10177-PBS |

**DEFENDANT AMIN KHOURY'S MOTION FOR LEAVE**
**TO FILE MOTION *EX PARTE* AND UNDER SEAL**

Defendant Amin Khoury respectfully moves this Court for leave to file a motion *ex parte* and under seal ("Submission").

As grounds for the motion, Mr. Khoury states that he requests to file the Submission *ex parte* and under seal because it relates to a request for leave to file a Rule 17(c) subpoena, the subject matter of which would reveal confidential trial strategy to the government. *See United States v. Diamont,* Case No. 1:05-cr-10154, ECF No. 33, slip op. at 5 (D. Mass. Nov. 22, 2005) (Dien, M.J.) ("[E]x parte proceedings are available under Rule 17(c) both based on the language of the Rule and for policy reasons.").

**WHEREFORE**, Mr. Khoury respectfully requests that his motion to file the Submission *ex parte* and under seal be GRANTED.

Respectfully submitted,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO No. 403360)
Mark E. Robinson (BBO No. 423080)
Eóin P. Beirne (BBO No. 660885)
Cory S. Flashner (BBO No. 629205)
Mathilda S. McGee-Tubb (BB) #687434)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rrpopeo@mintz.com
merobinson@mintz.com
epbeirne@mintz.com
csflashner@mintz.com
msmcgee-Tubb@mintz.com

*Counsel for Amin Khoury*

Date: February 17, 2022

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Eóin P. Beirne, hereby certify that counsel for Defendants did not confer with counsel for the government regarding this motion as the underlying Submission would be made *ex parte* and under seal.

/s/ *Eóin P. Beirne*
Eóin P. Beirne

## **CERTIFICATE OF SERVICE**

I, Eóin P. Beirne, hereby certify that on February 17, 2022, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

/s/ *Eóin P. Beirne*
Eóin P. Beirne