IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 20-10177-PBS |
| | ) | |
| AMIN KHOURY, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S EXHIBIT LIST

The government respectfully submits this initial list of proposed exhibits for trial. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendant.

| Exhibit | Bates Begin | Bates End |
|---|---|---|
| 1 | USAO-VB-00815484 | USAO-VB-00815485 |
| 2 | USAO-VB-00843624 | USAO-VB-00843624 |
| 3 | KHOURY-00007646 | KHOURY-00007646 |
| 4 | KHOURY-00007834 | KHOURY-00007834 |
| 5 | KHOURY-00007514 | KHOURY-00007514 |
| 6 | KHOURY-00005520 | KHOURY-00005524 |
| 7 | KHOURY-00007843 | KHOURY-00007845 |
| 8 | KHOURY-00007847 | KHOURY-00007847 |
| 9 | KHOURY-00007513 | KHOURY-00007513 |
| 10 | USAO-VB-00847014 | USAO-VB-00847014 |
| 11 | KHOURY-00005515 | KHOURY-00005516 |
| 12 | VB-RECORDS-00465315 | VB-RECORDS-00465315 |
| 13 | KHOURY-00007725 | KHOURY-00007725 |

| | | |
|---|---|---|
| 14 | VB-RECORDS-00465354 | VB-RECORDS-00465395 |
| 15 | KHOURY-00005441 | KHOURY-00005441 |
| 16 | KHOURY-00007736 | KHOURY-00007737 |
| 17 | VB-RECORDS-00462514 | VB-RECORDS-00462517 |
| 18 | KHOURY-00007684 | KHOURY-00007684 |
| 19 | KHOURY-00007647 | KHOURY-00007648 |
| 20 | KHOURY-00007820 | KHOURY-00007822 |
| 21 | VB-RECORDS-00462518 | VB-RECORDS-00462518 |
| 22 | VB-RECORDS-00462515 | VB-RECORDS-00462515 |
| 23 | KHOURY-00007828 | KHOURY-00007828 |
| 24 | KHOURY-00007537 | KHOURY-00007537 |
| 25 | USAO-VB-00854190 | USAO-VB-00854193 |
| 26 | VB-RECORDS-00462516 | VB-RECORDS-00462517 |
| 27 | KHOURY-00001040 | KHOURY-00001045 |
| 28 | KHOURY-00005449 | KHOURY-00005449 |
| 29 | VB-RECORDS-00465345 | VB-RECORDS-00465346 |
| 30 | KHOURY-00005504 | KHOURY-00005505 |
| 31 | KHOURY-00007559 | KHOURY-00007559 |
| 32 | KHOURY-00007756 | KHOURY-00007756 |
| 33 | USAO-VB-00855234 | USAO-VB-00855234 |
| 34 | KHOURY-00008011 | KHOURY-00008011 |
| 35 | VB-RECORDS-00465343 | VB-RECORDS-00465344 |
| 36 | VB-RECORDS-00465395 | VB-RECORDS-00465395 |
| 37 | KHOURY-00007535 | KHOURY-00007536 |
| 38 | KHOURY-00009343 | KHOURY-00009343 |
| 39 | KHOURY-00000104 | KHOURY-00000108 |

| | | |
|---|---|---|
| 40 | KHOURY-00007861 | KHOURY-00007862 |
| 41 | KHOURY-00007929 | KHOURY-00007930 |
| 42 | KHOURY-00007829 | KHOURY-00007831 |
| 43 | KHOURY-00007798 | KHOURY-00007798 |
| 44 | KHOURY-00006697 | KHOURY-00006708 |
| 45 | VB-RECORDS-00465337 | VB-RECORDS-00465337 |
| 46 | KHOURY-00001032 | KHOURY-00001032 |
| 47 | KHOURY-00001033 | KHOURY-00001033 |
| 48 | KHOURY-00007443 | KHOURY-00007443 |
| 49 | KHOURY-00007444 | KHOURY-00007444 |
| 50 | KHOURY-00008423 | KHOURY-00008424 |
| 51 | KHOURY-00005822 | KHOURY-00005822 |
| 52 | KHOURY-00007857 | KHOURY-00007859 |
| 53 | KHOURY-00007897 | KHOURY-00007900 |
| 54 | USAO-VB-00866538 | USAO-VB-00866540 |
| 55 | KHOURY-00000888 | KHOURY-00000889 |
| 56 | KHOURY-00000894 | KHOURY-00000895 |
| 57 | KHOURY-00000909 | KHOURY-00000910 |
| 58 | KHOURY-00001061 | KHOURY-00001063 |
| 59 | VB-RECORDS-00462512 | VB-RECORDS-00462513 |
| 60 | KHOURY-00000924 | KHOURY-00000927 |
| 61 | USAO-VB-00875333 | USAO-VB-00875336 |
| 62 | KHOURY-00001046 | KHOURY-00001047 |
| 63 | KHOURY-00005517 | KHOURY-00005519 |
| 64 | KHOURY-00000938 | KHOURY-00000941 |
| 65 | KHOURY-00006884 | KHOURY-00006889 |

| | | |
|---|---|---|
| 66 | KHOURY-00001044 | KHOURY-00001045 |
| 67 | USAO-VB-00914409 | USAO-VB-00914410 |
| 68 | USAO-VB-00914905 | USAO-VB-00914905 |
| 69 | KHOURY-00008840 | KHOURY-00008840 |
| 70 | KHOURY-00008566 | KHOURY-00008568 |
| 71 | VB-RECORDS-00185996 | VB-RECORDS-00185997 |
| 72 | VB-FINANCIALS-01068134 | VB-FINANCIALS-01068135 |
| 73 | VB-FINANCIALS-01068157 | VB-FINANCIALS-01068158 |
| 74 | KHOURY-00001004 | KHOURY-00001007 |
| 75 | VB-FINANCIALS-01067869 | VB-FINANCIALS-01067869 |
| 76 | VB-RECORDS-00185985 | VB-RECORDS-00185988 |
| 77 | KHOURY-00000873 | KHOURY-00000873 |
| 78 | KHOURY-00006627 | KHOURY-00006628 |
| 79 | KHOURY-00001096 | KHOURY-00001096 |
| 80 | KHOURY_USAO-000051 | KHOURY_USAO-000052 |
| 81 | KHOURY-00007522 | KHOURY-00007522 |
| 82 | KHOURY-00007522 | KHOURY-00007522 |
| 83 | KHOURY-00000113 | KHOURY-00000114 |
| 84 | KHOURY-00001054 | KHOURY-00001054 |
| 85 | KHOURY-00005545 | KHOURY-00005545 |
| 86 | KHOURY-00005521 | KHOURY-00005521 |
| 87 | KHOURY-00005524 | KHOURY-00005524 |
| 88 | KHOURY-00001077 | KHOURY-00001080 |
| 89 | KHOURY-00001048 | KHOURY-00001049 |
| 90 | KHOURY-00001034 | KHOURY-00001034 |
| 91 | KHOURY-00000227 | KHOURY-00000273 |

| 92 | KHOURY-00000617 | KHOURY-00000646 |
| --- | --- | --- |
| 93 | KHOURY-00000795 | KHOURY-00000810 |
| 94 | KHOURY-00001053 | KHOURY-00001054 |
| 95 | KHOURY-00001062 | KHOURY-00001064 |
| 96 | KHOURY-00002710 | KHOURY-00002717 |
| 97 | KHOURY-00002732 | KHOURY-00002732 |
| 98 | KHOURY-00002787 | KHOURY-00002794 |
| 99 | KHOURY-00005416 | KHOURY-00005416 |
| 100 | KHOURY-00006629 | KHOURY-00006633 |
| 101 | KHOURY-00008842 | KHOURY-00008859 |

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Christopher J. Markham*
KRISTEN A. KEARNEY
CHRISTOPHER J. MARKHAM
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher J. Markham*
Christopher J. Markham
Assistant United States Attorney