IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-10177-PBS |
| ) | |
| AMIN KHOURY, ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S WITNESS LIST

The government respectfully submits the following list of potential witnesses for the upcoming May 2022 trial. The government reserves the right to supplement this list with reasonable notice to the defendant, and to call additional rebuttal witnesses not identified here.[1]

| Name | Entity/Location |
|---|---|
| Deckett, Mark | Department of Education<br>Boston, MA |
| DeGreeff, Matthew | Middlesex School<br>Concord, MA |
| Donovan, Timothy | Milton, MA |
| Fried, Michael | Wesleyan University<br>Middletown, CT |
| George, Lauren | United States Attorney's Office<br>Boston, MA |
| Holcombe, Amanda | Wellesley Middle School<br>Wellesley, MA |
| Lysy, Margaret | Dartmouth University<br>Dartmouth, NH |
| Trump, Dan | Georgetown University<br>Washington, D.C. |
| Summary Witness | United States Attorney's Office<br>Boston, MA |

---

[1] In particular, the government reserves the right to call Keeper of the Records witnesses to the extent necessary absent stipulations.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Christopher J. Markham*
KRISTEN A. KEARNEY
CHRISTOPHER J. MARKHAM
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher J. Markham*
Christopher J. Markham
Assistant United States Attorney