IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-10177-PBS |
| | ) | |
| AMIN KHOURY, | ) | |
| | ) | |
| Defendant | ) | |

### ASSENTED-TO MOTION TO MODIFY PRETRIAL ORDER

The government, with the assent of counsel for defendant Amin Khoury, respectfully moves to modify the Court's Pretrial Order (Dkt. 67) to continue the deadline for the parties to file a list of agreed-upon exhibits and objections to exhibits, as described in Section (f) of the Pretrial Order, from March 4, 2022 to March 25, 2022.  In support of this motion, the government states as follows:

1. On August 2, 2021, the Court (Casper, J.) issued a Pretrial Order setting various pretrial deadlines.  Dkt. 67.  That Order adopted the parties' proposed schedule, including that defendant's exhibit list be due March 4, 2022. *See* Dkt. 66, 67.  The Order also added an additional requirement that "[t]o the extent that the parties can reach agreement about the proposed exhibits, they shall be numbered and a courtesy copy submitted on disc to the Court by March 4, 2022. To the extent that there is disagreement about the admissibility of any exhibits, those exhibits should be marked for identification with letters (Exh. A, Exh. B et al.) and a courtesy copy of these exhibits should also be submitted on disc to the Court by March 4, 2022." Dkt. 67 at Section (f).

2. Because (i) defendant's exhibit list and (ii) the joint exhibit list and objections described in Section (f) of the Pretrial Order are both due March 4, 2022, the government moves to extend the time for the parties to submit their joint exhibit list and objections to March 25, 2022,

one week after the date of the parties' meet and confer scheduled for March 18, 2022, Dkt. 67 at Section (g), and more than one month before trial is scheduled to begin on May 10, 2022. Dkt. 101. Extending the deadline for complying with Section (f) of the Pretrial Order gives the parties time to review one another's exhibit lists and exhibits prior to preparation and submission of a joint exhibit list noting agreement and objections, and to attempt to narrow areas of potential dispute for the Court.

      3.     Counsel for defendant Khoury assents to this motion.

WHEREFORE, the government moves, with the assent of defendant, to modify Section (f) of the Pretrial Order to continue the deadline for the parties to file a list of agreed-upon exhibits and objections to exhibits where there is disagreement to March 25, 2022, a date that is more than one month before trial is scheduled to begin on May 10, 2022.

> Respectfully submitted,
>
> RACHAEL S. ROLLINS
> United States Attorney
>
> By: */s/ Kristen A. Kearney*
>     KRISTEN A. KEARNEY
>     CHRISTOPHER J. MARKHAM
>     Assistant United States Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: February 23, 2022                */s/ Kristen A. Kearney*
                                                Kristen A. Kearney
                                                Assistant United States Attorney