IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-10177-PBS |
| ) | |
| AMIN KHOURY, ) | |
| ) | |
| Defendant ) | |

### ASSENTED-TO MOTION TO MODIFY PRETRIAL ORDER

The government, with the assent of counsel for defendant Amin Khoury, respectfully moves to modify the Court's Pretrial Order (Dkt. 67) to continue the deadline for the parties to file a list of agreed-upon exhibits and objections to exhibits, as described in Section (f) of the Pretrial Order, from March 4, 2022 to March 25, 2022. In support of this motion, the government states as follows:

1. On August 2, 2021, the Court (Casper, J.) issued a Pretrial Order setting various pretrial deadlines. Dkt. 67. That Order adopted the parties' proposed schedule, including that defendant's exhibit list be due March 4, 2022. See Dkt. 66, 67. The Order also added an additional requirement that "[t]o the extent that the parties can reach agreement about the proposed exhibits, they shall be numbered and a courtesy copy submitted on disc to the Court by March 4, 2022. To the extent that there is disagreement about the admissibility of any exhibits, those exhibits should be marked for identification with letters (Exh. A, Exh. B et al.) and a courtesy copy of these exhibits should also be submitted on disc to the Court by March 4, 2022." Dkt. 67 at Section (f).

2. Because (i) defendant's exhibit list and (ii) the joint exhibit list and objections described in Section (f) of the Pretrial Order are both due March 4, 2022, the government moves to extend the time for the parties to submit their joint exhibit list and objections to March 25, 2022,

*[handwritten margin note: 3/1/22 allowed of Patti B Saris]*