# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | Case No. 20-cr-10177-PBS |
|---|---|
| v. | |
| AMIN KHOURY, | |
| Defendant | |

## DEFENDANT AMIN KHOURY'S WITNESS LIST

Defendant Amin Khoury respectfully submits the following list of potential witness for the May 2022 trial. Mr. Khoury states that, in addition to the below witnesses, he may call any of the witnesses listed on the government's witness list (Dkt. 109 and any supplemental disclosures) and may call additional custodians of record not listed. Mr. Khoury reserves the right to supplement this list with reasonable notice to the government and to call additional rebuttal witnesses not identified herein.[1]

| NAME | ENTITY/LOCATION |
|---|---|
| Beaton, Carmen | Rockport, MA |
| Chabotar, Kent John (Expert) | MPK&D Partners<br>Greensboro, NC |
| Colman, James M. | Georgetown University Admissions<br>Annandale, VA |
| Deacon, Charles | Georgetown University Admissions<br>Alexandria, VA |
| DeGreeff, Matthew J. | Middlesex School<br>Concord, MA |
| Fried, Michael | Wesleyan University Athletics (Tennis)<br>Madison, CT |

---

[1] Mr. Khoury relied upon the government's witness and exhibits list produced on February 18, 2022 in preparing his witness and exhibit list and anticipates that the government will call all of the witnesses on its witness list. Should the government fail to call one of the witnesses on its list, Mr. Khoury specifically reserves the right to call that individual and supplement his witness and exhibit lists accordingly.

| NAME | ENTITY/LOCATION |
|---|---|
| Georgetown University Custodian of Records | Georgetown University Washington, DC |
| Giles, Kathy | Hampton, NH |
| Khoury, Katherine | New York, NY |
| Reed, Lee | Georgetown University Athletics Great Falls, DC |
| Smith, Brenda | Honolulu, HI |
| Summary Witness | Columbia, SC |

Respectfully submitted,

AMIN KHOURY

By his attorneys,

/s/  Eóin P. Beirne
R. Robert Popeo (BBO #403360)
Mark E. Robinson (BBO #423080)
Cory S. Flashner (BBO #629205)
Eóin P. Beirne (BBO #660885)
Mathilda S. McGee-Tubb (BBO #687434)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
 (617) 542-6000
RRPopeo@mintz.com
MERobinson@mintz.com
CSFlashner@mintz.com
EPBeirne@mintz.com
MSMcGee-Tubb@mintz.com

Dated: March 4, 2022

## CERTIFICATE OF SERVICE

I, Eóin P. Beirne, counsel for the Defendant, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those indicated as non-registered participants on March 4, 2022.

/s/ Eóin P. Beirne
Eóin P. Beirne

122804343v.1