UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> AMIN KHOURY, <br><br> Defendant | Case No. 20-cr-10177-PBS |

### DEFENDANT AMIN KHOURY'S AMENDED EXHIBIT LIST

Defendant Amin Khoury respectfully submits the following amended list of potential exhibits to be used in Mr. Khoury's case-in-chief for the May 2022 trial. Mr. Khoury further reserves the right to rely upon any exhibits identified by the government, without waiving any rights to dispute the admissibility or relevance of any exhibits on the government's list. Finally, Mr. Khoury reserves the right to supplement this list with reasonable notice to the government.[1]

| Exhibit | Bates Begin | Bates End |
|---|---|---|
| 1 | USAO-VB-00811011 | USAO-VB-00811012 |
| 2 | USAO-VB-00811276 | USAO-VB-00811277 |
| 3 | USAO-VB-00812761 | USAO-VB-00812762 |
| 4 | USAO-VB-00813448 | USAO-VB-00813448 |
| 5 | USAO-VB-00813475 | USAO-VB-00813476 |
| 6 | USAO-VB-00813548 | USAO-VB-00813549 |
| 7 | USAO-VB-00814565 | USAO-VB-00814568 |
| 8 | USAO-VB-00816885 | USAO-VB-00816886 |
| 9 | USAO-VB-00818621 | USAO-VB-00818621 |
| 10 | USAO-VB-00819945 | USAO-VB-00819945 |
| 11 | USAO-VB-00821165 | USAO-VB-00821166 |
| 12 | USAO-VB-00826362 | USAO-VB-00826364 |

---

[1] Mr. Khoury relied upon the government's witness and exhibits list produced on February 18, 2022 in preparing his witness and exhibit list and anticipates that the government will call all of the witnesses on its witness list. Should the government fail to call one of the witnesses on its list, Mr. Khoury specifically reserves the right to call that individual and supplement his witness and exhibit lists accordingly.

| Exhibit | Bates Begin | Bates End |
|---|---|---|
| 13 | USAO-VB-00835264 | USAO-VB-00835265 |
| 14 | USAO-VB-00840295 | USAO-VB-00840296 |
| 15 | USAO-VB-00840297 | USAO-VB-00840297 |
| 16 | USAO-VB-00846462 | USAO-VB-00846464 |
| 17 | USAO-VB-00847528 | USAO-VB-00847529 |
| 18 | USAO-VB-00847530 | USAO-VB-00847530 |
| 19 | USAO-VB-00848949 | USAO-VB-00848949 |
| 20 | USAO-VB-00849715 | USAO-VB-00849718 |
| 21 | USAO-VB-00850925 | USAO-VB-00850926 |
| 22 | USAO-VB-00852025 | USAO-VB-00852025 |
| 23 | USAO-VB-00852026 | USAO-VB-00852026 |
| 24 | USAO-VB-00852027 | USAO-VB-00852027 |
| 25 | USAO-VB-00854089 | USAO-VB-00854089 |
| 26 | USAO-VB-00854190 | USAO-VB-00854193 |
| 27 | USAO-VB-00858232 | USAO-VB-00858233 |
| 28 | USAO-VB-00863087 | USAO-VB-00863088 |
| 29 | USAO-VB-00863089 | USAO-VB-00863089 |
| 30 | USAO-VB-00866469 | USAO-VB-00866471 |
| 31 | USAO-VB-00867416 | USAO-VB-00867418 |
| 32 | USAO-VB-00868113 | USAO-VB-00868114 |
| 33 | USAO-VB-00870450 | USAO-VB-00870452 |
| 34 | USAO-VB-00871072 | USAO-VB-00871072 |
| 35 | USAO-VB-00871392 | USAO-VB-00871392 |
| 36 | USAO-VB-00871914 | USAO-VB-00871917 |
| 37 | USAO-VB-00874565 | USAO-VB-00874566 |
| 38 | USAO-VB-00875150 | USAO-VB-00875151 |
| 39 | USAO-VB-00875333 | USAO-VB-00875336 |
| 40 | USAO-VB-00876706 | USAO-VB-00876706 |
| 41 | USAO-VB-00878343 | USAO-VB-00878343 |
| 42 | USAO-VB-00888579 | USAO-VB-00888581 |
| 43 | USAO-VB-00890373 | USAO-VB-00890375 |
| 44 | USAO-VB-00895705 | USAO-VB-00895706 |
| 45 | USAO-VB-00896155 | USAO-VB-00896158 |
| 46 | USAO-VB-00896180 | USAO-VB-00896184 |
| 47 | USAO-VB-00896420 | USAO-VB-00896420 |
| 48 | USAO-VB-00896434 | USAO-VB-00896435 |
| 49 | USAO-VB-00901565 | USAO-VB-00901565 |
| 50 | USAO-VB-00903166 | USAO-VB-00903167 |
| 51 | USAO-VB-00907468 | USAO-VB-00907472 |
| 52 | USAO-VB-00908697 | USAO-VB-00908698 |

| Exhibit | Bates Begin | Bates End |
| --- | --- | --- |
| 53 | USAO-VB-00908728 | USAO-VB-00908730 |
| 54 | USAO-VB-00908906 | USAO-VB-00908908 |
| 55 | USAO-VB-00909632 | USAO-VB-00909633 |
| 56 | USAO-VB-00910339 | USAO-VB-00910339 |
| 57 | USAO-VB-00913639 | USAO-VB-00913641 |
| 58 | USAO-VB-00916901 | USAO-VB-00916901 |
| 59 | USAO-VB-00925261 | USAO-VB-00925262 |
| 60 | USAO-VB-00947021 | USAO-VB-00947022 |
| 61 | USAO-VB-00953440 | USAO-VB-00953440 |
| 62 | USAO-VB-00954663 | USAO-VB-00954663 |
| 63 | USAO-VB-00961412 | USAO-VB-00961415 |
| 64 | USAO-VB-00965099 | USAO-VB-00965100 |
| 65 | USAO-VB-00965101 | USAO-VB-00965103 |
| 66 | USAO-VB-00966880 | USAO-VB-00966881 |
| 67 | USAO-VB-00969364 | USAO-VB-00969365 |
| 68 | USAO-VB-00973796 | USAO-VB-00973797 |
| 69 | USAO-VB-00997870 | USAO-VB-00997870 |
| 70 | VB-RECORDS-00462512 | VB-RECORDS-00462513 |
| 71 | VB-RECORDS-00462514 | VB-RECORDS-00462517 |
| 72 | VB-RECORDS-00462518 | VB-RECORDS-00462518 |
| 73 | VB-RECORDS-00465317 | VB-RECORDS-00465317 |
| 74 | VB-RECORDS-00465318 | VB-RECORDS-00465319 |
| 75 | VB-RECORDS-00465320 | VB-RECORDS-00465320 |
| 76 | VB-RECORDS-00465322 | VB-RECORDS-00465325 |
| 77 | VB-RECORDS-00465327 | VB-RECORDS-00465330 |
| 78 | VB-RECORDS-00465331 | VB-RECORDS-00465333 |
| 79 | VB-RECORDS-00465334 | VB-RECORDS-00465336 |
| 80 | VB-RECORDS-00465340 | VB-RECORDS-00465342 |
| 81 | VB-RECORDS-00465345 | VB-RECORDS-00465353 |
| 82 | VB-RECORDS-00465354 | VB-RECORDS-00465395 |
| 83 | KHOURY_USAO-000061 | KHOURY_USAO-000061 |
| 84 | KHOURY-00000002 | KHOURY-00000002 |
| 85 | KHOURY-00000003 | KHOURY-00000007 |
| 86 | KHOURY-00000016 | KHOURY-00000017 |
| 87 | KHOURY-00000020 | KHOURY-00000022 |
| 88 | KHOURY-00000034 | KHOURY-00000035 |
| 89 | KHOURY-00000036 | KHOURY-00000040 |
| 90 | KHOURY-00000044 | KHOURY-00000044 |
| 91 | KHOURY-00000047 | KHOURY-00000047 |
| 92 | KHOURY-00000070 | KHOURY-00000070 |

| Exhibit | Bates Begin | Bates End |
|---:|---|---|
| 93 | KHOURY-00000093 | KHOURY-00000093 |
| 94 | KHOURY-00000095 | KHOURY-00000096 |
| 95 | KHOURY-00000097 | KHOURY-00000098 |
| 96 | KHOURY-00000099 | KHOURY-00000100 |
| 97 | KHOURY-00000101 | KHOURY-00000102 |
| 98 | KHOURY-00000103 | KHOURY-00000103 |
| 99 | KHOURY-00000104 | KHOURY-00000108 |
| 100 | KHOURY-00005416 | KHOURY-00005416 |
| 101 | KHOURY-00005431 | KHOURY-00005431 |
| 102 | KHOURY-00005437 | KHOURY-00005437 |
| 103 | KHOURY-00005438 | KHOURY-00005444 |
| 104 | KHOURY-00005445 | KHOURY-00005449 |
| 105 | KHOURY-00005428 | KHOURY-00005430 |
| 106 | KHOURY-00005432 | KHOURY-00005433 |
| 107 | KHOURY-00005490 | KHOURY-00005495 |
| 108 | KHOURY-00005496 | KHOURY-00005501 |
| 109 | KHOURY-00005502 | KHOURY-00005503 |
| 110 | KHOURY-00005504 | KHOURY-00005506 |
| 111 | KHOURY-00005507 | KHOURY-00005508 |
| 112 | KHOURY-00005509 | KHOURY-00005514 |
| 113 | KHOURY-00005515 | KHOURY-00005516 |
| 114 | KHOURY-00005517 | KHOURY-00005519 |
| 115 | KHOURY-00005520 | KHOURY-00005520 |
| 116 | KHOURY-00007524 | KHOURY-00007524 |
| 117 | KHOURY-00007535 | KHOURY-00007535 |
| 118 | KHOURY-00007536 | KHOURY-00007536 |
| 119 | KHOURY-00007537 | KHOURY-00007537 |
| 120 | KHOURY-00007543 | KHOURY-00007544 |
| 121 | KHOURY-00007546 | KHOURY-00007548 |
| 122 | KHOURY-00007550 | KHOURY-00007550 |
| 123 | KHOURY-00007569 | KHOURY-00007571 |
| 124 | KHOURY-00007572 | KHOURY-00007574 |
| 125 | KHOURY-00007597 | KHOURY-00007598 |
| 126 | KHOURY-00007600 | KHOURY-00007600 |
| 127 | KHOURY-00007602 | KHOURY-00007603 |
| 128 | KHOURY-00007610 | KHOURY-00007610 |
| 129 | KHOURY-00007627 | KHOURY-00007628 |
| 130 | KHOURY-00007644 | KHOURY-00007645 |
| 131 | KHOURY-00007647 | KHOURY-00007648 |
| 132 | KHOURY-00007671 | KHOURY-00007671 |
| 133 | KHOURY-00007684 | KHOURY-00007684 |

| Exhibit | Bates Begin | Bates End |
|---|---|---|
| 134 | KHOURY-00007743 | KHOURY-00007744 |
| 135 | KHOURY-00007747 | KHOURY-00007747 |
| 136 | KHOURY-00007756 | KHOURY-00007756 |
| 137 | KHOURY-00007798 | KHOURY-00007798 |
| 138 | KHOURY-00007842 | KHOURY-00007842 |
| 139 | KHOURY-00007843 | KHOURY-00007845 |
| 140 | KHOURY-00007847 | KHOURY-00007847 |
| 141 | KHOURY-00007865 | KHOURY-00007865 |
| 142 | KHOURY-00007872 | KHOURY-00007872 |
| 143 | KHOURY-00007873 | KHOURY-00007875 |
| 144 | KHOURY-00007897 | KHOURY-00007900 |
| 145 | KHOURY-00007946 | KHOURY-00007947 |
| 146 | KHOURY-00007962 | KHOURY-00007962 |
| 147 | KHOURY-00007969 | KHOURY-00007969 |
| 148 | KHOURY-00007974 | KHOURY-00007974 |
| 149 | KHOURY-00007975 | KHOURY-00007976 |
| 150 | KHOURY-00007986 | KHOURY-00007986 |
| 151 | KHOURY-00007995 | KHOURY-00007996 |
| 152 | KHOURY-00008011 | KHOURY-00008011 |
| 153 | KHOURY-00008074 | KHOURY-00008074 |
| 154 | KHOURY-00008076 | KHOURY-00008077 |
| 155 | KHOURY-00008192 | KHOURY-00008192 |
| 156 | KHOURY-00008193 | KHOURY-00008204 |
| 157 | KHOURY-00008218 | KHOURY-00008219 |
| 158 | KHOURY-00008221 | KHOURY-00008221 |
| 159 | KHOURY-00008523 | KHOURY-00008524 |
| 160 | KHOURY-00008670 | KHOURY-00008671 |
| 161 | KHOURY-00008722 | KHOURY-00008722 |
| 162 | KHOURY-00008779 | KHOURY-00008781 |
| 163 | KHOURY-00008806 | KHOURY-00008806 |
| 164 | KHOURY-00008810 | KHOURY-00008810 |
| 165 | KHOURY-00008827 | KHOURY-00008827 |
| 166 | KHOURY-00009205 | KHOURY-00009206 |
| 167 | KHOURY-00009207 | KHOURY-00009208 |
| 168 | KHOURY-00009209 | KHOURY-00009209 |
| 169 | KHOURY-00009211 | KHOURY-00009211 |
| 170 | KHOURY-00009218 | KHOURY-00009219 |
| 171 | KHOURY-00009220 | KHOURY-00009221 |
| 172 | KHOURY-00009315 | KHOURY-00009316 |
| 173 | KHOURY-00009341 | KHOURY-00009341 |
| 174 | KHOURY-00009369 | KHOURY-00009369 |

| Exhibit | Bates Begin | Bates End |
|---|---|---|
| 175 | KHOURY-00009415 | KHOURY-00009416 |
| 176 | KHOURY-00009423 | KHOURY-00009424 |
| 177 | KHOURY-00009427 | KHOURY-00009427 |
| 178 | KHOURY-00009428 | KHOURY-00009428 |
| 179 | KHOURY-00009436 | KHOURY-00009436 |
| 180 | KHOURY-00009608 | KHOURY-00009609 |
| 181 | KHOURY-00009636 | KHOURY-00009638 |
| 182 | KHOURY-00009639 | KHOURY-00009640 |
| 183 | KHOURY-00009692 | KHOURY-00009693 |
| 184 | KHOURY-00009720 | KHOURY-00009720 |
| 185 | KHOURY-00009723 | KHOURY-00009723 |
| 186 | KHOURY-00009729 | KHOURY-00009730 |
| 187 | KHOURY-00009737 | KHOURY-00009737 |
| 188 | KHOURY-00010120 | KHOURY-00010120 |
| 189 | KHOURY-00010127 | KHOURY-00010129 |
| 190 | KHOURY-00010148 | KHOURY-00010148 |
| 191 | KHOURY-00010149 | KHOURY-00010149 |
| 192 | KHOURY-00010154 | KHOURY-00010155 |
| 193 | KHOURY-00010179 | KHOURY-00010180 |
| 194 | KHOURY-00010236 | KHOURY-00010237 |
| 195 | KHOURY-00010277 | KHOURY-00010277 |
| 196 | KHOURY-00010285 | KHOURY-00010286 |
| 197 | KHOURY-00010287 | KHOURY-00010287 |
| 198 | KHOURY-00010299 | KHOURY-00010300 |
| 199 | akhoury_000166974 | akhoury_000166974 |
| 200 | akhoury_000166975 | akhoury_000166976 |
| 201 | akhoury_000173051 | akhoury_000173052 |
| 202 | akhoury_000176782 | akhoury_000176785 |
| 203 | akhoury_000183552 | akhoury_000183554 |
| 204 | akhoury_000188097 | akhoury_000188097 |
| 205 | akhoury_000188098 | akhoury_000188103 |
| 206 | akhoury_000209258 | akhoury_000209258 |
| 207 | akhoury_000211113 | akhoury_000211114 |
| 208 | akhoury_000211118 | akhoury_000211118 |
| 209 | akhoury_000313076 | akhoury_000313077 |
| 210 | RDK00000046 | RDK00000048 |
| 211 | RDK00000049 | RDK00000058 |
| 212 | RDK00000059 | RDK00000080 |
| 213 | RDK00000081 | RDK00000086 |
| 214 | RDK00000087 | RDK00000088 |
| 215 | RDK00000089 | RDK00000089 |

| Exhibit | Bates Begin | Bates End |
|---|---|---|
| 216 | RDK00000090 | RDK00000090 |
| 217 | RDK00000091 | RDK00000091 |
| 218 | RDK00000092 | RDK00000092 |
| 219 | RDK00000093 | RDK00000093 |
| 220 | RDK00000094 | RDK00000094 |
| 221 | RDK00000095 | RDK00000095 |
| 222 | RDK00000096 | RDK00000096 |
| 223 | RDK00000097 | RDK00000098 |
| 224 | RDK00000099 | RDK00000100 |
| 225 | RDK00000101 | RDK00000101 |
| 226 | RDK00000102 | RDK00000103 |
| 227 | RDK00000185 | RDK00000200 |
| 228 | RDK00000201 | RDK00000201 |
| 229 | RDK00000202 | RDK00000202 |
| 230 | RDK00000203 | RDK00000203 |
| 231 | RDK00000204 | RDK00000204 |
| 232 | RDK00000205 | RDK00000312 |
| 233 | RDK00000313 | RDK00000339 |
| 234 | RDK00000340 | RDK00000385 |
| 235 | RDK00000386 | RDK00000464 |
| 236 | RDK00000465 | RDK00000510 |
| 237 | RDK00000511 | RDK00000594 |
| 238 | RDK00000595 | RDK00000662 |
| 239 | RDK00000663 | RDK00000722 |
| 240 | RDK00000723 | RDK00000770 |
| 241 | RDK00000771 | RDK00000916 |
| 242 | RDK00000917 | RDK00001074 |
| 243 | RDK00001075 | RDK00001212 |
| 244 | RDK00001213 | RDK00001218 |
| 245 | RDK00001219 | RDK00001224 |
| 246 | RDK00001225 | RDK00001230 |
| 247 | RDK00001231 | RDK00001236 |
| 248 | RDK00001237 | RDK00001242 |
| 249 | RDK00001243 | RDK00001248 |
| 250 | RDK00001249 | RDK00001254 |
| 251 | RDK00001255 | RDK00001260 |
| 252 | RDK00001261 | RDK00001266 |
| 253 | RDK00001267 | RDK00001272 |
| 254 | RDK00001273 | RDK00001312 |
| 255 | RDK00001313 | RDK00001314 |

| Exhibit | Bates Begin | Bates End |
|---|---|---|
| 256 | RDK00001315 | RDK00001316 |
| 257 | RDK00001317 | RDK00001318 |
| 258 | RDK00001319 | RDK00001319 |
| 259 | RDK00001320 | RDK00001322 |
| 260 | RDK00001323 | RDK00001323 |
| 261 | RDK00001324 | RDK00001324 |
| 262 | RDK00001325 | RDK00001325 |
| 263 | RDK00001326 | RDK00001326 |
| 264 | RDK00001327 | RDK00001341 |
| 265 | RDK00001342 | RDK00001344 |
| 266 | RDK00001345 | RDK00001346 |
| 267 | RDK00001347 | RDK00001347 |
| 268 | RDK00001348 | RDK00001348 |
| 269 | RDK00001349 | RDK00001349 |
| 270 | RDK00001350 | RDK00001350 |
| 271 | RDK00001351 | RDK00001351 |
| 272 | RDK00001352 | RDK00001352 |
| 273 | RDK00001353 | RDK00001353 |
| 274 | RDK00001354 | RDK00001354 |

Respectfully submitted,

AMIN KHOURY

By his attorneys,

/s/  Eóin P. Beirne
R. Robert Popeo (BBO #403360)
Mark E. Robinson (BBO #423080)
Cory S. Flashner (BBO #629205)
Eóin P. Beirne (BBO #660885)
Mathilda S. McGee-Tubb (BBO #687434)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
 (617) 542-6000
RRPopeo@mintz.com
MERobinson@mintz.com
CSFlashner@mintz.com
EPBeirne@mintz.com

Dated: March 8, 2022               MSMcGee-Tubb@mintz.com

8

## **CERTIFICATE OF SERVICE**

      I, Eóin P. Beirne, counsel for the Defendant, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those indicated as non-registered participants on March 8, 2022.

                                                    /s/ *Eóin P. Beirne*
                                                    Eóin P. Beirne

122921456v.1