| | United States v. Amin Khoury<br>20-cr-10177-PBS<br>Joint Trial Exhibit List – Uncontested Exhibits<br>March 25, 2022 | | |
|---|---|---|---|
| **Admitted Exhibit Number** | **Description** | **Proponent of Uncontested Exhibits** | **Date Admitted** |
| 1 | USAO-VB-00815484 - USAO-VB-00815485 | Government | |
| 2 | USAO-VB-00843624 - USAO-VB-00843624 | Government | |
| 3 | KHOURY-00007646 - KHOURY-00007646 | Government | |
| 4 | KHOURY-00007834 - KHOURY-00007834 | Government | |
| 5 | KHOURY-00007514 - KHOURY-00007514 | Government | |
| 6 | KHOURY-00005520 - KHOURY-00005524 | Government | |
| 7 | KHOURY-00007843 - KHOURY-00007845 | Government | |
| 8 | KHOURY-00007847 - KHOURY-00007847 | Government | |
| 9 | KHOURY-00007513 - KHOURY-00007513 | Government | |
| 10 | USAO-VB-00847014 - USAO-VB-00847014 | Government | |
| 11 | KHOURY-00005515 - KHOURY-00005516 | Government | |
| 12 | VB-RECORDS-00465315 - VB-RECORDS-00465315 | Government | |
| 13 | KHOURY-00007725 - KHOURY-00007725 | Government | |
| 14 | VB-RECORDS-00465354 - VB-RECORDS-00465395 | Government | |
| 15 | KHOURY-00005441 - KHOURY-00005441 | Government | |
| 16 | KHOURY-00007736 - KHOURY-00007737 | Government | |
| 17 | VB-RECORDS-00462514 - VB-RECORDS-00462517 | Government | |
| 18 | KHOURY-00007684 - KHOURY-00007684 | Government | |
| 19 | KHOURY-00007647 - KHOURY-00007648 | Government | |
| 20 | KHOURY-00007820 - KHOURY-00007822 | Government | |
| 21 | VB-RECORDS-00462518 - VB-RECORDS-00462518 | Government | |
| 22 | VB-RECORDS-00462515 - VB-RECORDS-00462515 | Government | |
| 23 | KHOURY-00007828 - KHOURY-00007828 | Government | |
| 24 | KHOURY-00007537 - KHOURY-00007537 | Government | |
| 25 | USAO-VB-00854190 - USAO-VB-00854193 | Government | |
| 26 | VB-RECORDS-00462516 - VB-RECORDS-00462517 | Government | |
| 27 | KHOURY-00005449 - KHOURY-00005449 | Government | |

| Admitted Exhibit Number | Description | Proponent of Uncontested Exhibits | Date Admitted |
|---|---|---|---|
| 28 | VB-RECORDS-00465345 - VB-RECORDS-00465346 | Government | |
| 29 | KHOURY-00005504 - KHOURY-00005505 | Government | |
| 30 | KHOURY-00007559 - KHOURY-00007559 | Government | |
| 31 | KHOURY-00007756 - KHOURY-00007756 | Government | |
| 32 | USAO-VB-00855234 - USAO-VB-00855234 | Government | |
| 33 | KHOURY-00008011 - KHOURY-00008011 | Government | |
| 34 | VB-RECORDS-00465343 - VB-RECORDS-00465344 | Government | |
| 35 | VB-RECORDS-00465395 - VB-RECORDS-00465395 | Government | |
| 36 | KHOURY-00007535 - KHOURY-00007536 | Government | |
| 37 | KHOURY-00009343 - KHOURY-00009343 | Government | |
| 38 | KHOURY-00000104 - KHOURY-00000108 | Government | |
| 39 | KHOURY-00007861 - KHOURY-00007862 | Government | |
| 40 | KHOURY-00007929 - KHOURY-00007930 | Government | |
| 41 | KHOURY-00007829 - KHOURY-00007831 | Government | |
| 42 | KHOURY-00007798 - KHOURY-00007798 | Government | |
| 43 | KHOURY-00006697 - KHOURY-00006708 | Government | |
| 44 | VB-RECORDS-00465337 - VB-RECORDS-00465337 | Government | |
| 45 | KHOURY-00001032 - KHOURY-00001032 | Government | |
| 46 | KHOURY-00001033 - KHOURY-00001033 | Government | |
| 47 | KHOURY-00007443 - KHOURY-00007443 | Government | |
| 48 | KHOURY-00007444 - KHOURY-00007444 | Government | |
| 49 | KHOURY-00008423 - KHOURY-00008424 | Government | |
| 50 | KHOURY-00005822 - KHOURY-00005822 | Government | |
| 51 | KHOURY-00007857 - KHOURY-00007859 | Government | |
| 52 | KHOURY-00007897 - KHOURY-00007900 | Government | |
| 53 | USAO-VB-00866538 - USAO-VB-00866540 | Government | |
| 54 | KHOURY-00000888 - KHOURY-00000889 | Government | |
| 55 | KHOURY-00000894 - KHOURY-00000895 | Government | |
| 56 | KHOURY-00000909 - KHOURY-00000910 | Government | |
| 57 | VB-RECORDS-00462512 - VB-RECORDS-00462513 | Government | |
| 58 | KHOURY-00000924 - KHOURY-00000927 | Government | |

| Admitted Exhibit Number | Description | Proponent of Uncontested Exhibits | Date Admitted |
|---|---|---|---|
| 59 | USAO-VB-00875333 - USAO-VB-00875336 | Government | |
| 60 | KHOURY-00005517 - KHOURY-00005519 | Government | |
| 61 | KHOURY-00008840 - KHOURY-00008840 | Government | |
| 62 | KHOURY-00008566 - KHOURY-00008568 | Government | |
| 63 | VB-RECORDS-00185996 - VB-RECORDS-00185997 | Government | |
| 64 | VB-FINANCIALS-01068134 - VB-FINANCIALS-01068135 | Government | |
| 65 | VB-FINANCIALS-01068157 - VB-FINANCIALS-01068158 | Government | |
| 66 | VB-FINANCIALS-01067869 - VB-FINANCIALS-01067869 | Government | |
| 67 | VB-RECORDS-00185985 - VB-RECORDS-00185988 | Government | |
| 68 | KHOURY-00000873 - KHOURY-00000873 | Government | |
| 69 | KHOURY-00006627 - KHOURY-00006628 | Government | |
| 70 | KHOURY-00001096 - KHOURY-00001096 | Government | |
| 71 | KHOURY_USAO-000051 - KHOURY_USAO-000052 | Government | |
| 72 | KHOURY-00005416 - KHOURY-00005416 | Government | |
| 73 | KHOURY-00008842 - KHOURY-00008859 | Government | |
| 74 | KHOURY-00000095 - KHOURY-00000096 | Defendant | |
| 75 | KHOURY-00000097 - KHOURY-00000098 | Defendant | |
| 76 | KHOURY-00000099 - KHOURY-00000100 | Defendant | |
| 77 | KHOURY-00000101 - KHOURY-00000102 | Defendant | |
| 78 | KHOURY-00000103 - KHOURY-00000103 | Defendant | |
| 79 | KHOURY-00000104 - KHOURY-00000108 | Defendant | |
| 80 | KHOURY-00007946 - KHOURY-00007947 | Defendant | |
| 81 | RDK00000101 - RDK00000101 | Defendant | |
| 82 | RDK00001324 - RDK00001324 | Defendant | |
| 83 | RDK00001325 - RDK00001325 | Defendant | |