| | | United States v. Amin Khoury<br>No. 20-cr-10177-PBS<br>Joint Trial Exhibit List – ContestedExhibits<br>March 25, 2022 | | |
|---|---|---|---|---|
| **Contested Exhibit Letter** | **Admitted Exhibit Number [1]** | **Description** | **Proponent of Contested Exhibits** | **Date Admitted** |
| A | | KHOURY-00001040 - KHOURY-00001045 | Government | |
| B | | KHOURY-00001061 - KHOURY-00001063 | Government | |
| C | | KHOURY-00001046 - KHOURY-00001047 | Government | |
| D | | KHOURY-00000938 - KHOURY-00000941 | Government | |
| E | | KHOURY-00006884 - KHOURY-00006889 | Government | |
| F | | KHOURY-00001044 - KHOURY-00001045 | Government | |
| G | | USAO-VB-00914409 - USAO-VB-00914410 | Government | |
| H | | USAO-VB-00914905 - USAO-VB-00914905 | Government | |
| I | | KHOURY-00001004 - KHOURY-00001007 | Government | |
| J | | KHOURY-00007522 - KHOURY-00007522 | Government | |
| K | | KHOURY-00007522 - KHOURY-00007522 | Government | |
| L | | KHOURY-00000113 - KHOURY-00000114 | Government | |
| M | | KHOURY-00001054 - KHOURY-00001054 | Government | |
| N | | KHOURY-00005545 - KHOURY-00005545 | Government | |
| O | | KHOURY-00005521 - KHOURY-00005521 | Government | |
| P | | KHOURY-00005524 - KHOURY-00005524 | Government | |
| Q | | KHOURY-00001077 - KHOURY-00001080 | Government | |
| R | | KHOURY-00001048 - KHOURY-00001049 | Government | |
| S | | KHOURY-00001034 - KHOURY-00001034 | Government | |
| T | | KHOURY-00000227 - KHOURY-00000273 | Government | |
| U | | KHOURY-00000617 - KHOURY-00000646 | Government | |
| V | | KHOURY-00000795 - KHOURY-00000810 | Government | |
| W | | KHOURY-00001053 - KHOURY-00001054 | Government | |
| X | | KHOURY-00001062 - KHOURY-00001064 | Government | |
| Y | | KHOURY-00002710 - KHOURY-00002717 | Government | |
| Z | | KHOURY-00002732 - KHOURY-00002732 | Government | |
| AA | | KHOURY-00002787 - KHOURY-00002794 | Government | |
| AB | | KHOURY-00006629 - KHOURY-00006633 | Government | |

[1] Once a contested exhibit is admitted, the Court will assign an exhibit number.  The rows in this column should be left blank until then.

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| AC | | USAO-VB-00811011 - USAO-VB-00811012 | Defendant | |
| AD | | USAO-VB-00811276 - USAO-VB-00811277 | Defendant | |
| AE | | USAO-VB-00812761 - USAO-VB-00812762 | Defendant | |
| AF | | USAO-VB-00813448 - USAO-VB-00813448 | Defendant | |
| AG | | USAO-VB-00813475 - USAO-VB-00813476 | Defendant | |
| AH | | USAO-VB-00813548 - USAO-VB-00813549 | Defendant | |
| AI | | USAO-VB-00814565 - USAO-VB-00814568 | Defendant | |
| AJ | | USAO-VB-00816885 - USAO-VB-00816886 | Defendant | |
| AK | | USAO-VB-00818621 - USAO-VB-00818621 | Defendant | |
| AL | | USAO-VB-00819945 - USAO-VB-00819945 | Defendant | |
| AM | | USAO-VB-00821165 - USAO-VB-00821166 | Defendant | |
| AN | | USAO-VB-00826362 - USAO-VB-00826364 | Defendant | |
| AO | | USAO-VB-00835264 - USAO-VB-00835265 | Defendant | |
| AP | | USAO-VB-00840295 - USAO-VB-00840296 | Defendant | |
| AQ | | USAO-VB-00840297 - USAO-VB-00840297 | Defendant | |
| AR | | USAO-VB-00846462 - USAO-VB-00846464 | Defendant | |
| AS | | USAO-VB-00847528 - USAO-VB-00847529 | Defendant | |
| AT | | USAO-VB-00847530 - USAO-VB-00847530 | Defendant | |
| AU | | USAO-VB-00848949 - USAO-VB-00848949 | Defendant | |
| AV | | USAO-VB-00849715 - USAO-VB-00849718 | Defendant | |
| AW | | USAO-VB-00850925 - USAO-VB-00850926 | Defendant | |
| AX | | USAO-VB-00852025 - USAO-VB-00852025 | Defendant | |
| AY | | USAO-VB-00852026 - USAO-VB-00852026 | Defendant | |
| AZ | | USAO-VB-00852027 - USAO-VB-00852027 | Defendant | |
| BA | | USAO-VB-00854089 - USAO-VB-00854089 | Defendant | |
| BB | | USAO-VB-00854190 - USAO-VB-00854193 | Defendant | |
| BC | | USAO-VB-00858232 - USAO-VB-00858233 | Defendant | |
| BD | | USAO-VB-00863087 - USAO-VB-00863088 | Defendant | |
| BE | | USAO-VB-00863089 - USAO-VB-00863089 | Defendant | |
| BF | | USAO-VB-00866469 - USAO-VB-00866471 | Defendant | |
| BG | | USAO-VB-00867416 - USAO-VB-00867418 | Defendant | |
| BH | | USAO-VB-00868113 - USAO-VB-00868114 | Defendant | |

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| BI | | USAO-VB-00870450 - USAO-VB-00870452 | Defendant | |
| BJ | | USAO-VB-00871072 - USAO-VB-00871072 | Defendant | |
| BK | | USAO-VB-00871392 - USAO-VB-00871392 | Defendant | |
| BL | | USAO-VB-00871914 - USAO-VB-00871917 | Defendant | |
| BM | | USAO-VB-00874565 - USAO-VB-00874566 | Defendant | |
| BN | | USAO-VB-00875150 - USAO-VB-00875151 | Defendant | |
| BO | | USAO-VB-00875333 - USAO-VB-00875336 | Defendant | |
| BP | | USAO-VB-00876706 - USAO-VB-00876706 | Defendant | |
| BQ | | USAO-VB-00878343 - USAO-VB-00878343 | Defendant | |
| BR | | USAO-VB-00888579 - USAO-VB-00888581 | Defendant | |
| BS | | USAO-VB-00890373 - USAO-VB-00890375 | Defendant | |
| BT | | USAO-VB-00895705 - USAO-VB-00895706 | Defendant | |
| BU | | USAO-VB-00896155 - USAO-VB-00896158 | Defendant | |
| BV | | USAO-VB-00896180 - USAO-VB-00896184 | Defendant | |
| BW | | USAO-VB-00896420 - USAO-VB-00896420 | Defendant | |
| BX | | USAO-VB-00896434 - USAO-VB-00896435 | Defendant | |
| BY | | USAO-VB-00901565 - USAO-VB-00901565 | Defendant | |
| BZ | | USAO-VB-00903166 - USAO-VB-00903167 | Defendant | |
| CA | | USAO-VB-00907468 - USAO-VB-00907472 | Defendant | |
| CB | | USAO-VB-00908697 - USAO-VB-00908698 | Defendant | |
| CC | | USAO-VB-00908728 - USAO-VB-00908730 | Defendant | |
| CD | | USAO-VB-00908906 - USAO-VB-00908908 | Defendant | |
| CE | | USAO-VB-00909632 - USAO-VB-00909633 | Defendant | |
| CF | | USAO-VB-00910339 - USAO-VB-00910339 | Defendant | |
| CG | | USAO-VB-00913639 - USAO-VB-00913641 | Defendant | |
| CH | | USAO-VB-00916901 - USAO-VB-00916901 | Defendant | |
| CI | | USAO-VB-00925261 - USAO-VB-00925262 | Defendant | |
| CJ | | USAO-VB-00947021 - USAO-VB-00947022 | Defendant | |
| CK | | USAO-VB-00953440 - USAO-VB-00953440 | Defendant | |
| CL | | USAO-VB-00954663 - USAO-VB-00954663 | Defendant | |
| CM | | USAO-VB-00961412 - USAO-VB-00961415 | Defendant | |
| CN | | USAO-VB-00965099 - USAO-VB-00965100 | Defendant | |

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| CO | | USAO-VB-00965101 - USAO-VB-00965103 | Defendant | |
| CP | | USAO-VB-00966880 - USAO-VB-00966881 | Defendant | |
| CQ | | USAO-VB-00969364 - USAO-VB-00969365 | Defendant | |
| CR | | USAO-VB-00973796 - USAO-VB-00973797 | Defendant | |
| CS | | USAO-VB-00997870 - USAO-VB-00997870 | Defendant | |
| CT | | VB-RECORDS-00462512 - VB-RECORDS-00462513 | Defendant | |
| CU | | VB-RECORDS-00462514 - VB-RECORDS-00462517 | Defendant | |
| CV | | VB-RECORDS-00462518 - VB-RECORDS-00462518 | Defendant | |
| CW | | VB-RECORDS-00465317 - VB-RECORDS-00465317 | Defendant | |
| CX | | VB-RECORDS-00465318 - VB-RECORDS-00465319 | Defendant | |
| CY | | VB-RECORDS-00465320 - VB-RECORDS-00465320 | Defendant | |
| CZ | | VB-RECORDS-00465322 - VB-RECORDS-00465325 | Defendant | |
| DA | | VB-RECORDS-00465327 - VB-RECORDS-00465330 | Defendant | |
| DB | | VB-RECORDS-00465331 - VB-RECORDS-00465333 | Defendant | |
| DC | | VB-RECORDS-00465334 - VB-RECORDS-00465336 | Defendant | |
| DD | | VB-RECORDS-00465340 - VB-RECORDS-00465342 | Defendant | |
| DE | | VB-RECORDS-00465345 - VB-RECORDS-00465353 | Defendant | |
| DF | | VB-RECORDS-00465354 - VB-RECORDS-00465395 | Defendant | |
| DG | | KHOURY_USAO-000061 - KHOURY_USAO-000061 | Defendant | |
| DH | | KHOURY-00000002 - KHOURY-00000002 | Defendant | |
| DI | | KHOURY-00000003 - KHOURY-00000007 | Defendant | |
| DJ | | KHOURY-00000016 - KHOURY-00000017 | Defendant | |
| DK | | KHOURY-00000020 - KHOURY-00000022 | Defendant | |
| DL | | KHOURY-00000034 - KHOURY-00000035 | Defendant | |
| DM | | KHOURY-00000036 - KHOURY-00000040 | Defendant | |
| DN | | KHOURY-00000044 - KHOURY-00000044 | Defendant | |
| DO | | KHOURY-00000047 - KHOURY-00000047 | Defendant | |
| DP | | KHOURY-00000070 - KHOURY-00000070 | Defendant | |
| DQ | | KHOURY-00000093 - KHOURY-00000093 | Defendant | |
| DR | | KHOURY-00005416 - KHOURY-00005416 | Defendant | |
| DS | | KHOURY-00005431 - KHOURY-00005431 | Defendant | |
| DT | | KHOURY-00005437 - KHOURY-00005437 | Defendant | |

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| DU | | KHOURY-00005438 - KHOURY-00005444 | Defendant | |
| DV | | KHOURY-00005445 - KHOURY-00005449 | Defendant | |
| DW | | KHOURY-00005428 - KHOURY-00005430 | Defendant | |
| DX | | KHOURY-00005432 - KHOURY-00005433 | Defendant | |
| DY | | KHOURY-00005490 - KHOURY-00005495 | Defendant | |
| DZ | | KHOURY-00005496 - KHOURY-00005501 | Defendant | |
| EA | | KHOURY-00005502 - KHOURY-00005503 | Defendant | |
| EB | | KHOURY-00005504 - KHOURY-00005506 | Defendant | |
| EC | | KHOURY-00005507 - KHOURY-00005508 | Defendant | |
| ED | | KHOURY-00005509 - KHOURY-00005514 | Defendant | |
| EE | | KHOURY-00005515 - KHOURY-00005516 | Defendant | |
| EF | | KHOURY-00005517 - KHOURY-00005519 | Defendant | |
| EG | | KHOURY-00005520 - KHOURY-00005520 | Defendant | |
| EH | | KHOURY-00007524 - KHOURY-00007524 | Defendant | |
| EI | | KHOURY-00007535 - KHOURY-00007535 | Defendant | |
| EJ | | KHOURY-00007536 - KHOURY-00007536 | Defendant | |
| EK | | KHOURY-00007537 - KHOURY-00007537 | Defendant | |
| EL | | KHOURY-00007543 - KHOURY-00007544 | Defendant | |
| EM | | KHOURY-00007546 - KHOURY-00007548 | Defendant | |
| EN | | KHOURY-00007550 - KHOURY-00007550 | Defendant | |
| EO | | KHOURY-00007569 - KHOURY-00007571 | Defendant | |
| EP | | KHOURY-00007572 - KHOURY-00007574 | Defendant | |
| EQ | | KHOURY-00007597 - KHOURY-00007598 | Defendant | |
| ER | | KHOURY-00007600 - KHOURY-00007600 | Defendant | |
| ES | | KHOURY-00007602 - KHOURY-00007603 | Defendant | |
| ET | | KHOURY-00007610 - KHOURY-00007610 | Defendant | |
| EU | | KHOURY-00007627 - KHOURY-00007628 | Defendant | |
| EV | | KHOURY-00007644 - KHOURY-00007645 | Defendant | |
| EW | | KHOURY-00007647 - KHOURY-00007648 | Defendant | |
| EX | | KHOURY-00007671 - KHOURY-00007671 | Defendant | |
| EY | | KHOURY-00007684 - KHOURY-00007684 | Defendant | |
| EZ | | KHOURY-00007743 - KHOURY-00007744 | Defendant | |

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| FA | | KHOURY-00007747 - KHOURY-00007747 | Defendant | |
| FB | | KHOURY-00007756 - KHOURY-00007756 | Defendant | |
| FC | | KHOURY-00007798 - KHOURY-00007798 | Defendant | |
| FD | | KHOURY-00007842 - KHOURY-00007842 | Defendant | |
| FE | | KHOURY-00007843 - KHOURY-00007845 | Defendant | |
| FF | | KHOURY-00007847 - KHOURY-00007847 | Defendant | |
| FG | | KHOURY-00007865 - KHOURY-00007865 | Defendant | |
| FH | | KHOURY-00007872 - KHOURY-00007872 | Defendant | |
| FI | | KHOURY-00007873 - KHOURY-00007875 | Defendant | |
| FJ | | KHOURY-00007897 - KHOURY-00007900 | Defendant | |
| FK | | KHOURY-00007962 - KHOURY-00007962 | Defendant | |
| FL | | KHOURY-00007969 - KHOURY-00007969 | Defendant | |
| FM | | KHOURY-00007974 - KHOURY-00007974 | Defendant | |
| FN | | KHOURY-00007975 - KHOURY-00007976 | Defendant | |
| FO | | KHOURY-00007986 - KHOURY-00007986 | Defendant | |
| FP | | KHOURY-00007995 - KHOURY-00007996 | Defendant | |
| FQ | | KHOURY-00008011 - KHOURY-00008011 | Defendant | |
| FR | | KHOURY-00008074 - KHOURY-00008074 | Defendant | |
| FS | | KHOURY-00008076 - KHOURY-00008077 | Defendant | |
| FT | | KHOURY-00008192 - KHOURY-00008192 | Defendant | |
| FU | | KHOURY-00008193 - KHOURY-00008204 | Defendant | |
| FV | | KHOURY-00008218 - KHOURY-00008219 | Defendant | |
| FW | | KHOURY-00008221 - KHOURY-00008221 | Defendant | |
| FX | | KHOURY-00008523 - KHOURY-00008524 | Defendant | |
| FY | | KHOURY-00008670 - KHOURY-00008671 | Defendant | |
| FZ | | KHOURY-00008722 - KHOURY-00008722 | Defendant | |
| GA | | KHOURY-00008779 - KHOURY-00008781 | Defendant | |
| GB | | KHOURY-00008806 - KHOURY-00008806 | Defendant | |
| GC | | KHOURY-00008810 - KHOURY-00008810 | Defendant | |
| GD | | KHOURY-00008827 - KHOURY-00008827 | Defendant | |
| GE | | KHOURY-00009205 - KHOURY-00009206 | Defendant | |
| GF | | KHOURY-00009207 - KHOURY-00009208 | Defendant | |

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| GG | | KHOURY-00009209 - KHOURY-00009209 | Defendant | |
| GH | | KHOURY-00009211 - KHOURY-00009211 | Defendant | |
| GI | | KHOURY-00009218 - KHOURY-00009219 | Defendant | |
| GJ | | KHOURY-00009220 - KHOURY-00009221 | Defendant | |
| GK | | KHOURY-00009315 - KHOURY-00009316 | Defendant | |
| GL | | KHOURY-00009341 - KHOURY-00009341 | Defendant | |
| GM | | KHOURY-00009369 - KHOURY-00009369 | Defendant | |
| GN | | KHOURY-00009415 - KHOURY-00009416 | Defendant | |
| GO | | KHOURY-00009423 - KHOURY-00009424 | Defendant | |
| GP | | KHOURY-00009427 - KHOURY-00009427 | Defendant | |
| GQ | | KHOURY-00009428 - KHOURY-00009428 | Defendant | |
| GR | | KHOURY-00009436 - KHOURY-00009436 | Defendant | |
| GS | | KHOURY-00009608 - KHOURY-00009609 | Defendant | |
| GT | | KHOURY-00009636 - KHOURY-00009638 | Defendant | |
| GU | | KHOURY-00009639 - KHOURY-00009640 | Defendant | |
| GV | | KHOURY-00009692 - KHOURY-00009693 | Defendant | |
| GW | | KHOURY-00009720 - KHOURY-00009720 | Defendant | |
| GX | | KHOURY-00009723 - KHOURY-00009723 | Defendant | |
| GY | | KHOURY-00009729 - KHOURY-00009730 | Defendant | |
| GZ | | KHOURY-00009737 - KHOURY-00009737 | Defendant | |
| HA | | KHOURY-00010120 - KHOURY-00010120 | Defendant | |
| HB | | KHOURY-00010127 - KHOURY-00010129 | Defendant | |
| HC | | KHOURY-00010148 - KHOURY-00010148 | Defendant | |
| HD | | KHOURY-00010149 - KHOURY-00010149 | Defendant | |
| HE | | KHOURY-00010154 - KHOURY-00010155 | Defendant | |
| HF | | KHOURY-00010179 - KHOURY-00010180 | Defendant | |
| HG | | KHOURY-00010236 - KHOURY-00010237 | Defendant | |
| HH | | KHOURY-00010277 - KHOURY-00010277 | Defendant | |
| HI | | KHOURY-00010285 - KHOURY-00010286 | Defendant | |
| HJ | | KHOURY-00010287 - KHOURY-00010287 | Defendant | |
| HK | | KHOURY-00010299 - KHOURY-00010300 | Defendant | |
| HL | | akhoury_000166974 - akhoury_000166974 | Defendant | |

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| HM | | akhoury_000166975 - akhoury_000166976 | Defendant | |
| HN | | akhoury_000173051 - akhoury_000173052 | Defendant | |
| HO | | akhoury_000176782 - akhoury_000176785 | Defendant | |
| HP | | akhoury_000183552 - akhoury_000183554 | Defendant | |
| HQ | | akhoury_000188097 - akhoury_000188097 | Defendant | |
| HR | | akhoury_000188098 - akhoury_000188103 | Defendant | |
| HS | | akhoury_000209258 - akhoury_000209258 | Defendant | |
| HT | | akhoury_000211113 - akhoury_000211114 | Defendant | |
| HU | | akhoury_000211118 - akhoury_000211118 | Defendant | |
| HV | | akhoury_000313076 - akhoury_000313077 | Defendant | |
| HW | | RDK00000046 - RDK00000048 | Defendant | |
| HX | | RDK00000049 - RDK00000058 | Defendant | |
| HY | | RDK00000059 - RDK00000080 | Defendant | |
| HZ | | RDK00000081 - RDK00000086 | Defendant | |
| IA | | RDK00000087 - RDK00000088 | Defendant | |
| IB | | RDK00000089 - RDK00000089 | Defendant | |
| IC | | RDK00000090 - RDK00000090 | Defendant | |
| ID | | RDK00000091 - RDK00000091 | Defendant | |
| IE | | RDK00000092 - RDK00000092 | Defendant | |
| IF | | RDK00000093 - RDK00000093 | Defendant | |
| IG | | RDK00000094 - RDK00000094 | Defendant | |
| IH | | RDK00000095 - RDK00000095 | Defendant | |
| II | | RDK00000096 - RDK00000096 | Defendant | |
| IJ | | RDK00000097 - RDK00000098 | Defendant | |
| IK | | RDK00000099 - RDK00000100 | Defendant | |
| IL | | RDK00000102 - RDK00000103 | Defendant | |
| IM | | RDK00000185 - RDK00000200 | Defendant | |
| IN | | RDK00000201 - RDK00000201 | Defendant | |
| IO | | RDK00000202 - RDK00000202 | Defendant | |
| IP | | RDK00000203 - RDK00000203 | Defendant | |
| IQ | | RDK00000204 - RDK00000204 | Defendant | |
| IR | | RDK00000205 - RDK00000312 | Defendant | |

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| IS | | RDK00000313 - RDK00000339 | Defendant | |
| IT | | RDK00000340 - RDK00000385 | Defendant | |
| IU | | RDK00000386 - RDK00000464 | Defendant | |
| IV | | RDK00000465 - RDK00000510 | Defendant | |
| IW | | RDK00000511 - RDK00000594 | Defendant | |
| IX | | RDK00000595 - RDK00000662 | Defendant | |
| IY | | RDK00000663 - RDK00000722 | Defendant | |
| IZ | | RDK00000723 - RDK00000770 | Defendant | |
| JA | | RDK00000771 - RDK00000916 | Defendant | |
| JB | | RDK00000917 - RDK00001074 | Defendant | |
| JC | | RDK00001075 - RDK00001212 | Defendant | |
| JD | | RDK00001213 - RDK00001218 | Defendant | |
| JE | | RDK00001219 - RDK00001224 | Defendant | |
| JF | | RDK00001225 - RDK00001230 | Defendant | |
| JG | | RDK00001231 - RDK00001236 | Defendant | |
| JH | | RDK00001237 - RDK00001242 | Defendant | |
| JI | | RDK00001243 - RDK00001248 | Defendant | |
| JJ | | RDK00001249 - RDK00001254 | Defendant | |
| JK | | RDK00001255 - RDK00001260 | Defendant | |
| JL | | RDK00001261 - RDK00001266 | Defendant | |
| JM | | RDK00001267 - RDK00001272 | Defendant | |
| JN | | RDK00001273 - RDK00001312 | Defendant | |
| JO | | RDK00001313 - RDK00001314 | Defendant | |
| JP | | RDK00001315 - RDK00001316 | Defendant | |
| JQ | | RDK00001317 - RDK00001318 | Defendant | |
| JR | | RDK00001319 - RDK00001319 | Defendant | |
| JS | | RDK00001320 - RDK00001322 | Defendant | |
| JT | | RDK00001323 - RDK00001323 | Defendant | |
| JU | | RDK00001326 - RDK00001326 | Defendant | |
| JV | | RDK00001327 - RDK00001341 | Defendant | |
| JW | | RDK00001342 - RDK00001344 | Defendant | |
| JX | | RDK00001345 - RDK00001346 | Defendant | |

| Contested Exhibit Letter | Admitted Exhibit Number [1] | Description | Proponent of Contested Exhibits | Date Admitted |
|---|---|---|---|---|
| JY | | RDK00001347 - RDK00001347 | Defendant | |
| JZ | | RDK00001348 - RDK00001348 | Defendant | |
| KA | | RDK00001349 - RDK00001349 | Defendant | |
| KB | | RDK00001350 - RDK00001350 | Defendant | |
| KC | | RDK00001351 - RDK00001351 | Defendant | |
| KD | | RDK00001352 - RDK00001352 | Defendant | |
| KE | | RDK00001353 - RDK00001353 | Defendant | |
| KF | | RDK00001354 - RDK00001354 | Defendant | |