UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AMIN KHOURY,<br><br>      Defendant. | Case No. 20-cr-10177-PBS |

**NON-PARTY GEORGETOWN UNIVERSITY'S
ASSENTED-TO MOTION FOR LEAVE TO FILE
MOTION TO QUASH RULE 17(C) SUBPOENA UNDER SEAL**

Non-party Georgetown University ("Georgetown"), by and through undersigned counsel, hereby respectfully moves this Court for leave to file under seal its motion to quash a Rule 17(c) subpoena.

Defendant Amin Khoury sought and was granted leave to file *ex parte* and under seal his motion for leave to file a Rule 17(c) subpoena (Dkts. 107, 110). In that motion, Defendant Khoury contended that the "subject matter" of the Rule 17(c) subpoena would "reveal confidential trial strategy to the government." Dkt. 107 at 1 (citing *United States v. Diamont*, Case No. 1:05-cr-10154, ECF No. 33, slip op. at 5 (D. Mass. Nov. 22, 2005)). The Court granted Defendant Khoury's motion on February 23, 2022. Given that order, Georgetown also seeks leave to file its motion to quash the Rule 17(c) subpoena under seal and any further pleadings related to the motion under seal.

WHEREFORE, for these reasons, Georgetown requests that this Court allow it leave to file its motion to quash under seal.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 25, 2022 | */s/ George P. Varghese* |
|  | George P. Varghese (#706861)<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6524<br>Fax: (617) 526-5000<br>george.varghese@wilmerhale.com |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on March 25, 2022, counsel for Georgetown conferred via telephone with counsel for movant, Defendant Amin Khoury in a good faith effort to resolve or narrow the issues presented in this motion. Counsel for Defendant Khoury advised that Defendant Khoury assents to this motion.

　　　　　　　　　　　　　　　　　　　　　*/s/ George P. Varghese*
　　　　　　　　　　　　　　　　　　　　　George P. Varghese (#706861)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 25, 2022.

/s/ *George P. Varghese*
George P. Varghese