UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AMIN KHOURY,<br><br>              Defendant. | Case No. 20-cr-10177-PBS<br><br>Filed *Ex Parte* and Under Seal<br><br>Oral Argument Requested |

**NON-PARTY GEORGETOWN UNIVERSITY'S MOTION TO QUASH RULE 17(C) SUBPOENA SERVED BY DEFENDANT AMIN KHOURY**

# [FILED UNDER SEAL]

**NON-PARTY GEORGETOWN UNIVERSITY'S CERTIFICATE OF SERVICE**

On March 25, 2022, non-party Georgetown University ("Georgetown") filed an assented-to motion for leave to file under seal its motion to quash a Rule 17(c) subpoena for documents and information served on Georgetown on March 14, 2022 by Defendant Amin Khoury ("Khoury").  Dkt. 134.  Because that motion for leave to file under seal is still pending, Georgetown respectfully submits that Georgetown will serve unredacted copies of its motion to quash on counsel for Khoury and will deliver paper copies to the Court.  Georgetown will submit the motion via the Court's link for sealed filings following the Court's disposition of the motion for leave to file under seal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  March 28, 2022 | */s/ George P. Varghese* |
|  | George P. Varghese (#706861) |
|  | WILMER CUTLER PICKERING HALE |
|  |    AND DORR LLP |
|  | 60 State Street |
|  | Boston, MA 02109 |
|  | Tel.: (617) 526-6524 |
|  | Fax: (617) 526-5000 |
|  | george.varghese@wilmerhale.com |
|  |  |
|  | Bruce M. Berman* |
|  | WILMER CUTLER PICKERING HALE |
|  |    AND DORR LLP |
|  | 1875 Pennsylvania Avenue, NW |
|  | Washington, DC 20006 |
|  | Tel.: (202) 663-6781 |
|  | Fax: (202) 663-6363 |
|  | bruce.berman@wilmerhale.com |
|  |  |
|  | *Counsel for Non-Party Georgetown University* |
|  |  |
|  | * *Admitted pro hac vice* |