UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 20-cr-10177-PBS |
| AMIN KHOURY, | Filed *Ex Parte* and Under Seal |
| Defendant. | Oral Argument Requested |

### MOTION TO QUASH TRIAL SUBPOENAS ON BEHALF OF CHARLES DEACON, JAMES COLMAN, AND LEE REED

# [FILED UNDER SEAL]

1

**CERTIFICATE OF SERVICE**

On March 29, 2022, non-parties Charles Deacon, James Colman, and Lee Reed filed an assented-to motion for leave to file under seal their motion to quash trial subpoenas served by Defendant Amin Khoury ("Khoury").  Dkt. 145. Because that motion for leave to file under seal is still pending, I hereby certify that unredacted copies of the motion to quash will be served on counsel for Khoury and sent to the Court on March 30, 2022.  Counsel will submit the motion via the Court's link for sealed filings following the Court's disposition of the motion for leave to file under seal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  March 30, 2022 | /s/ George P. Varghese |
|  | George P. Varghese (#706861) |
|  | WILMER CUTLER PICKERING HALE |
|  |     AND DORR LLP |
|  | 60 State Street |
|  | Boston, MA 02109 |
|  | Tel.: (617) 526-6524 |
|  | Fax: (617) 526-5000 |
|  | george.varghese@wilmerhale.com |
|  |  |
|  | Bruce M. Berman* |
|  | WILMER CUTLER PICKERING HALE |
|  |     AND DORR LLP |
|  | 1875 Pennsylvania Avenue, NW |
|  | Washington, DC 20006 |
|  | Tel.: (202) 663-6781 |
|  | Fax: (202) 663-6363 |
|  | bruce.berman@wilmerhale.com |
|  |  |
|  | *Counsel for Non-Parties Charles Deacon, James Colman, and Lee Reed* |
|  |  |
|  | * *Admitted pro hac vice* |