IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-10177-PBS |
| | ) | |
| AMIN KHOURY, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT PROPOSED AGENDA FOR
PRETRIAL CONFERENCE SCHEDULED FOR APRIL 14, 2022**

The Parties propose that the Court address the following topics at the pretrial conference scheduled for April 14, 2022.

1. Set a Trial Date.  The parties jointly propose a trial start date of August 29, 2022.

2. Motions *in Limine*.  The parties agree that the motions *in limine* should be addressed at a later date to be determined by the Court.  Defense's position is that all motions *in limine* should be addressed at a date closer to the trial date set by the Court.  The government agrees, except with respect to two of the government's *motions in limine* (Dkt. Nos. 122 and 124).  The government believes an early resolution of those two motions is warranted.  The parties will be prepared to address this issue at the pretrial conference.

3. Jury Questionnaire and Voir Dire.  The parties agree that these topics should be addressed on a date closer to trial in line with the Court's practice.

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

   By: */s/ Christopher J. Markham*
        CHRISTOPHER J. MARKHAM
        KRISTEN A. KEARNEY
        Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: April 7, 2022                                  *s/ Christopher J. Markham*
                                                                      Christopher J. Markham
                                                                      Assistant United States Attorney