**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-10177-PBS |
| v. | **Filed *Ex Parte* and Under Seal** |
| AMIN KHOURY, | |
| Defendant. | |

**OBJECTIONS TO MAGISTRATE JUDGE'S MEMORANDUM
AND ORDER DENYING MOTIONS TO QUASH ON BEHALF
OF CHARLES DEACON, JAMES COLMAN, AND LEE REED**

# [FILED UNDER SEAL]

## CERTIFICATE OF SERVICE

On April 22, 2022, non-parties Charles Deacon, James Colman, and Lee Reed filed an assented-to motion for leave to file under seal their Objections to the Magistrate Judge's Memorandum and Order Denying Their Motion to Quash Trial Subpoenas.  Because that motion for leave to file under seal is still pending, I hereby certify that unredacted copies of the Objections will be served on counsel for Defendant Amin Khoury.  Counsel will submit the Objections via the Court's link for sealed filings following the Court's disposition of the motion for leave to file under seal.

Respectfully submitted,

Dated:  April 22, 2022

*/s/ George P. Varghese*
George P. Varghese (#706861)
WILMER  CUTLER  PICKERING  HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6524
Fax: (617) 526-5000
george.varghese@wilmerhale.com

Bruce M. Berman*
WILMER  CUTLER  PICKERING  HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6781
Fax: (202) 663-6363
bruce.berman@wilmerhale.com

*Counsel for Non-Parties Charles Deacon,
James Colman, Lee Reed*

*\* Admitted pro hac vice*

2