## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *v.*<br><br>AMIN KHOURY,<br><br>    Defendant. | Case No. 1:20-cr-10177-PBS |

### DEFENDANT AMIN KHOURY'S ASSENTED-TO MOTION FOR LEAVE TO FILE A MOTION TO CONTINUE TRIAL UNDER SEAL

Defendant Amin Khoury respectfully moves this Court for leave to file, under seal, a motion to continue the trial date ("Submission").

As grounds for the motion, Mr. Khoury states that he requests to file the Submission under seal because it relates to the personal health information of an individual involved in the upcoming trial in this case.

**WHEREFORE**, Mr. Khoury respectfully requests that his motion to file the Submission under seal be GRANTED.

Respectfully submitted,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO No. 403360)
Mark E. Robinson (BBO No. 423080)
Eóin P. Beirne (BBO No. 660885)
Cory S. Flashner (BBO No. 629205)
Mathilda S. McGee-Tubb (BB) #687434)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rrpopeo@mintz.com
merobinson@mintz.com
epbeirne@mintz.com
csflashner@mintz.com
msmcgee-Tubb@mintz.com

*Counsel for Amin Khoury*

Date: April 28, 2022

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Eóin P. Beirne, hereby certify that counsel for Defendants conferred with counsel for the government regarding this motion and the government assents to this motion and to filing the subsequent document under seal.

/s/ *Eóin P. Beirne*
Eóin P. Beirne

### CERTIFICATE OF SERVICE

I, Eóin P. Beirne, hereby certify that on April 28, 2022, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

/s/ *Eóin P. Beirne*
Eóin P. Beirne