IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-10177-PBS |
| | ) | |
| AMIN KHOURY, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO SEAL ITS OPPOSITION
TO DEFENDANT AMIN KHOURY'S MOTION TO CONTINUE TRIAL**

Pursuant to Local Rule 7.2, the government hereby seeks leave of this Court to file its opposition to defendant Amin Khoury's Motion to Continue Trial under seal. As grounds therefore, the government states that the Motion to Continue Trial, which concerns the personal health information of an individual involved in the upcoming trial in this case, was filed under seal. The government's opposition addresses the same issue. Counsel for defendant assents to this motion.

WHEREFORE, the government respectfully requests that its motion to file its opposition under seal be granted.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
CHRISTOPHER J. MARKHAM
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be served on all registered participants listed in the Notice of Electronic Filing (NEF).

Dated: May 4, 2022                  */s/ Kristen A. Kearney*  
                                               Kristen A. Kearney  
                                               Assistant United States Attorney