UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMIN KHOURY | Case No. 20-cr-10177-PBS |

## CERTIFICATION OF ROY BLACK

I, Roy Black, certify as follows:

1. I am an attorney at the law firm BLACK SREBNICK. My office is located at a 201 South Biscayne Boulevard, Suite 1300, Miami, Florida 33131. My telephone number is (305) 371-6421.

2. I have been engaged to represent Amin Khoury with respect to the above-captioned matter.

3. I am a member in good standing of the bar of the state of Florida (admitted 1970), and I am admitted to practice in the United States Supreme Court, the United States Courts of Appeal for the Fourth, Sixth, Ninth, Tenth, and Eleventh Circuits; the United States District Court for the Southern, Northern, and Middle Districts of Florida; and the United States District Court for the Southern District of Indiana.

4. I am a member in good standing in each and every jurisdiction to which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.	I have not previously had a *pro hac vice* admissions to this court (or other admission for limited purpose) revoked for misconduct.

7.	I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury on this 5th day of May, 2022.

> */s/ Roy Black*
> Roy Black, Esq.