# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:20-cr-10177-PBS |
| AMIN KHOURY, | |
| Defendant | |

### DEFENDANT AMIN KHOURY'S MOTION FOR LEAVE
### TO FILE MOTION *EX PARTE* AND UNDER SEAL

Defendant Amin Khoury respectfully moves this Court for leave to file a motion *ex parte* and under seal ("Submission").

As grounds for the motion, Mr. Khoury states that he requests to file the Submission *ex parte* and under seal because it relates to a Rule 17(c) subpoena, the subject matter of which would reveal confidential trial strategy to the government. *See United States v. Diamont,* Case No. 1:05-cr-10154, ECF No. 33, slip op. at 5 (D. Mass. Nov. 22, 2005) (Dien, M.J.) ("[E]x parte proceedings are available under Rule 17(c) both based on the language of the Rule and for policy reasons.").

**WHEREFORE**, Mr. Khoury respectfully requests that his motion to file the Submission *ex parte* and under seal be GRANTED.

Respectfully submitted,

AMIN KHOURY,

By his attorneys,

/s/ *Eóin P. Beirne*

| | |
|---|---|
| Roy Black (*pro hac vice*) | R. Robert Popeo (BBO #403360) |
| BLACK SREBNICK | Mark E. Robinson (BBO #423080) |
| 201 South Biscayne Boulevard | Cory S. Flashner (BBO #629205) |
| Suite 1300 | Eóin P. Beirne (BBO #660885) |
| Miami, FL 33131 | Mathilda S. McGee-Tubb (BBO #687434) |
| (305) 371-6421 | MINTZ, LEVIN, COHN, FERRIS, |
| rblack@royblack.com |   GLOVSKY AND POPEO, P.C. |
| | One Financial Center |
| | Boston, MA 02111 |
| | (617) 542-6000 |
| | RRPopeo@mintz.com |
| | MERobinson@mintz.com |
| | CSFlashner@mintz.com |
| | EPBeirne@mintz.com |
| | MSMcGee-Tubb@mintz.com |

Dated: May 11, 2022

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Eóin P. Beirne, hereby certify that I did not confer with counsel for the government regarding this motion as the underlying Submission would be made *ex parte* and under seal.

/s/ *Eóin P. Beirne*
Eóin P. Beirne

**CERTIFICATE OF SERVICE**

I, Eóin P. Beirne, hereby certify that on May 11, 2022, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

/s/ *Eóin P. Beirne*
Eóin P. Beirne