# Black Srebnick
CIVIL | CRIMINAL

ROY BLACK, *Partner*
305.371.6421 (Office)
rblack@royblack.com

June 2, 2022

6/3/22
Denied.
Patti B Saris

**Via ECF**

Honorable Patti B. Saris
United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:   ***United States v. Amin Khoury***
            **Case No. 1:20-cr-10177-PBS**

Dear Judge Saris:

On behalf of defendant Amin C. Khoury, we request that the Court allow the parties to defer the exercise of any cause and peremptory challenges until a second day of jury selection, after the names and questionnaire responses of the venirepersons have been disclosed to the parties. The reason for this request is to allow for the parties to conduct an overnight review of jurors' responses to juror questionnaires, as well as to perform any necessary background research on potential jurors, and evaluate potential challenges and strikes.

Considered the "largest-ever college admissions conspiracy prosecuted by the Justice Department,"[1] which indicted celebrities, company founders, presidents, CEOs, and other high-profile defendants, the "Varsity Blues" cases have spurred a documentary (Netflix's *Operation Varsity Blues: The College Admissions Scandal*), a television film (Lifetime's *The College Admissions Scandal*), a non-fiction book (Nicole LaPorte's

---

[1] "Felicity Huffman released on bail after allegedly bribing to get kid into college as part of sweeping admissions scandal," *USA Today* (Mar. 12, 2019), *available at* https://www.usatoday.com/story/life/2019/03/12/felicity-huffman-lori-loughlin-indicted-admissions-bribery-case-reports/3139204002/.