UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMIN KHOURY | Case No. 20-cr-10177-PBS |

## ASSENTED-TO MOTION
## FOR LEAVE TO WITHDRAW APPEARANCES

Pursuant to Local Rule 83.5.3, the undersigned counsel, hereby request leave to withdraw as counsel for Defendant Amin Khoury in the above-captioned matter. In support of this request, the undersigned state that Mr. Khoury will continue to be represented by Robert Popeo, Eóin P. Beirne, and Mathilda McGee-Tubb from Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. and Roy Black and Howard Srebnick from Black, Srebnick, Kornspan & Stumpf, P.A. In further support of their requests to withdraw as counsel for Mr. Khoury, the undersigned state that their withdrawals will not delay the matter or prejudice any party. The government assents to this motion.

Respectfully Submitted,

/s/  *Mark E. Robinson*
Mark E. Robinson (BBO # 423080)
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1707
merobinson@mintz.com

/s/  *Cory S. Flashner*
Cory S. Flashner (BBO # 629205)
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605
csflashner@mintz.com

Dated:  June 5, 2022

## **CERTIFICATE OF SERVICE**

      I, Cory S. Flashner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 5, 2022.

                                    /s/ *Cory S. Flashner*
                                    Cory S. Flashner