UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
                           )
v.                         )   Criminal Action
                           )   No. 20-10177 PBS
AMIN KHOURY,               )
            Defendant      )

**VERDICT FORM**

Saris, DJ.

COUNT 1A: (Conspiracy to Commit Mail Fraud)

   __X__  NOT GUILTY          _____  GUILTY

COUNT 1B: (Conspiracy to Commit Honest Services Mail Fraud)

   __X__  NOT GUILTY          _____  GUILTY

COUNT 1C: (Conspiracy to Commit Bribery Concerning Programs Receiving Federal Funds)

   __X__  NOT GUILTY          _____  GUILTY

COUNT 2: (Bribery Concerning Programs Receiving Federal Funds)

   __X__  NOT GUILTY          _____  GUILTY

I certify that the responses to all the questions represent the unanimous decision of the jury.

Dated: 6/16/22                    _____
                                  JURY FOREPERSON

1