1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
2

3      UNITED STATES OF AMERICA,           )
                                           )
4                   Plaintiff              )
                                           )
5           -VS-                           )   Criminal No. 20-10177-PBS
                                           )   Pages 1 - 37
6      AMIN KHOURY,                        )
                                           )
7                   Defendant              )

8
                       **JURY TRIAL - DAY ONE**
9
                            **-EXCERPT-**
10
                       **OPENING STATEMENTS**
11

12

13              BEFORE THE HONORABLE PATTI B. SARIS
                   UNITED STATES DISTRICT JUDGE
14

15

16
                              United States District Court
17                            1 Courthouse Way
                              Boston, Massachusetts  02210
18                            June 7, 2022, 3:20 p.m.

19

20

21

22
                       LEE A. MARZILLI
23                  OFFICIAL COURT REPORTER
                  United States District Court
24               1 Courthouse Way, Room 7200
                     Boston, MA  02210
25                    leemarz@aol.com

APPEARANCES:

    KRISTEN A. KEARNEY, ESQ. and CHRISTOPHER J. MARKHAM, ESQ., Assistant United States Attorneys, Office of the United States Attorney, 1 Courthouse Way, Room 9200, Boston, Massachusetts, 02210, for the Plaintiff.

    EOIN P. BEIRNE, ESQ., MATHILDA McGEE-TUBB, ESQ., and EDMUND P. DALEY, ESQ., Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, One Financial Center, 42nd Floor, Boston, Massachusetts, 92111, for the Defendant, Amin Khoury.

    ROY BLACK, ESQ., HOWARD M. SREBNICK, ESQ. and JACKIE PERCZEK, ESQ., Black Srebnick, P.A., 201 S Biscayne Boulevard, Suite 1300, Miami, Florida, 33131, for the Defendant, Amin Khoury.

    GEORGE P. VARGHESE, ESQ. and JUSTIN METZ, ESQ., Wilmer Cutler Pickering Hale, 60 State Street, Boston, Massachusetts, 02109, for the Movant, Georgetown University.

ALSO PRESENT:  JOSH DUBIN and FAYE HONIG

1                        I N D E X

2    OPENING STATEMENTS:            PAGE

3    By Mr. Markham:                4

4    By Mr. Black:                  15

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

THE COURT:  Counsel, everybody's screens working?
Everything is good?  Okay, here we go.

MR. MARKHAM:  Thank you, your Honor.

OPENING STATEMENT BY MR. MARKHAM.

MR. MARKHAM:  In 2015 the defendant, Amin Khoury, the
man sitting right over there behind counsel, took $180,000 in
cash and put it in a brown paper shopping bag.  He then used
that bag of cash as a bribe to guarantee his daughter's
admission into a prestigious university.  You will hear that
this was part of a scheme hatched almost a year earlier when
the defendant agreed to bribe the Georgetown University tennis
coach.  In exchange, the tennis coach agreed to tell the
Georgetown University Admissions Committee that the defendant's
daughter was a tennis recruit, essentially guaranteeing her
admission into Georgetown.  What the Admissions Committee was
never told was that the defendant's daughter was never actually
very good at tennis, and she was never going to play for
Georgetown's NCAA Division 1 tennis program.  The defendant
knew that, and the Georgetown tennis coach knew that.  The
Admissions Committee also was never told about the defendant's
cash bribe.  That's fraud, and, just like the bribe itself,
it's illegal.

Good afternoon.  My name is Chris Markham.  I'm a
federal prosecutor here in Boston.  Sitting at counsel table

1    with me is Kristen Kearney, also a federal prosecutor here in

2    Boston, and our associate, Jennifer Lewis, the government's

3    paralegal on the case.  Our job is to demonstrate to you beyond

4    any reasonable doubt that the defendant is guilty of the crimes

5    charged.

6           You're going to hear that in May of 2014, the

7    defendant was worried.  His daughter had just finished her

8    junior year in high school at Middlesex, which is a boarding

9    school in Concord, Massachusetts.  But she wasn't a

03:21 10   particularly good student, and she didn't have any prospects of

11   getting into the prestigious colleges that the defendant wanted

12   her to go to, so he hatched a plan with two of his old college

13   buddies, the first one, Mr. Gordon Ernst.  He was the tennis

14   coach at Georgetown University, which is a prestigious

15   university in Washington, D.C.  And second was Tim Donovan.  He

16   was running a tennis consulting business for high school

17   students who wanted to play college tennis.

18          Now, both these two men and the defendant had all

19   played on the Brown University tennis team back when they were

03:22 20   in college, and on Memorial Day weekend of 2014, all three men

21   were at a Brown University reunion dinner.  And the scheme they

22   came up with was pretty simple:  The defendant agreed to pay

23   the Georgetown University tennis coach a bribe of approximately

24   $200,000.  In exchange, the Georgetown University tennis coach

25   would tell the Admissions Committee that the defendant's

daughter was a tennis recruit.  And Tim Donovan, the middleman,
he would assist in the application process, personally
delivering the initial cash fraud payment from the defendant to
Gordon Ernst, the tennis coach, and, as you'll hear, this is
called a "conspiracy."

With this deal in place, the three men got together in
executing it.  First, the defendant notified Middlesex, his
daughter's high school, that his daughter was getting a
recruitment slot at Georgetown.  And you will hear from the
Middlesex college counselor who will tell you that the
defendant approached him in the summer of 2014 and told him
that Gordon Ernst, the Georgetown tennis coach, wanted to
recruit his daughter to play tennis.  But you'll also hear that
the defendant was a little worried that that counselor might
get suspicious because while the defendant's daughter did play
some tennis, she wasn't nearly good enough to be recruited for
Georgetown's NCAA Division 1 program.

The defendant came up with a fake backstory.  He told
the Middlesex college counselor that Gordon Ernst, the tennis
coach, saw his daughter as having raw potential that could one
day contribute to the team, and he also claimed to be donating
money to Georgetown, making his daughter a more attractive
applicant at the time.  But both of those were falsehoods.  As
you will hear, the defendant's daughter was never going to play
for the Georgetown tennis team.  He knew that, and the tennis

1    coach knew that.

2          You will also hear that the defendant was not donating

3    any money to Georgetown.  The only money he was paying was the

4    cash bribe directly to a Georgetown employee, Gordon Ernst.

5          Next, Ernst had to do his part and identify the

6    defendant's daughter for a recruitment slot at Georgetown, and

7    you will hear from an admissions officer at Georgetown that

8    will tell you that Gordon Ernst approached her, again, in the

9    summer of 2014 into the fall of 2014, and identified the

03:25 10    defendant's daughter as a tennis recruit.  She'll also tell you

11    that by doing so, it essentially guaranteed his daughter's

12    admission because Georgetown, like many universities with elite

13    Division 1 programs, places a very high priority on athletes

14    who can help their team win on the court.

15          But, again, because the defendant and Gordon Ernst

16    knew that the daughter was never going to play for the

17    Georgetown tennis team, they came up with a fake backstory for

18    that too.  And so here, the defendant even joked that once his

19    daughter got to Georgetown, an old shoulder injury was going to

03:26 20    flare up again, providing an easy excuse for why she wasn't

21    participating in any team activities.

22          The scheme worked.  You're going to hear that in

23    November of 2014, Georgetown mailed out an admissions letter

24    known as a "likely letter," and this is a copy of that letter

25    on your screen.  It's addressed to the defendant's daughter at

1    the defendant's address in Palm Beach, Florida, and it says,

2    "The Committee on Admissions has conducted an initial review of

3    your application to the class of 2019 at the request of

4    Mr. Gordie Ernst, tennis coach.  I am pleased to report that

5    the Committee has rated your admission as 'likely.'"  And he

6    then goes on to explain exactly what "likely" means:   The

7    Admissions Committee will be reviewing over 20,000 candidates

8    for the 1,580 spaces available, and there is a greater than

9    95 percent chance that the final review will confirm his

03:27 10    daughter's admission.

11        As this letter makes clear, over 20,000 high school

12    students will apply to Georgetown University that year, and the

13    vast majority will be rejected on their merits, but the

14    defendant's daughter will get in because she's a tennis

15    recruit.  And you will hear that the reason she was a tennis

16    recruit is because the defendant paid a cash bribe to make that

17    happen.

18        And you'll hear indeed she was admitted as a tennis

19    recruit that following spring.  In May of 2015, the defendant

03:27 20    got the final confirmation that his daughter was going to

21    Georgetown, and it is at that point in May of 2015 that the

22    defendant's bribe payment came due.  The timeline for that

23    bribe payment is clear.  The undisputed financial, email, and

24    phone records show the following:

25        On May 5, the defendant traveled from Boston down to

1   Palm Beach, Florida, where he has a house.  Three days later on

2   May 8, the defendant withdrew $200,000 in cash from his bank in

3   Palm Beach.  After getting the cash, he immediately got on a

4   return flight back to Boston and then drove down to his other

5   home on Cape Cod, and it's there on Cape Cod that the defendant

6   got the final confirmation on his daughter's admission, May 13,

7   2015.

8        And you will hear, just days later on May 15, the

9   middleman, Tim Donovan, went to the defendant's house on Cape

03:28 10   Cod to collect the bribe payment.  And you will hear that the

11   defendant when paying it, he didn't use a check.  He didn't use

12   a wire transfer.  He didn't call his bank and ask them to

13   transfer the money.  He didn't email his personal assistant and

14   ask him to transfer money, none of that.  Instead the defendant

15   put $180,000 in cash in a brown paper shopping bag and handed

16   it directly to Tim Donovan for delivery to Gordon Ernst on

17   May 15.

18        The defendant then gave Tim Donovan the other $20,000

19   in cash as his cut for participating in the scheme and sent Tim

03:29 20   Donovan on his way, cash and a middleman to cover his tracks.

21   With the money in hand, Tim Donovan, the middleman, drove down

22   the road where Gordon Ernst's wife, Lisa, was waiting.

23   Together they counted the cash and then went to the bank so

24   that Lisa Ernst, the tennis coach's wife, can put the money in

25   a safe deposit box.

1        Now, at this point the scheme was almost complete.

2   The defendant's daughter went to Georgetown in the fall of

3   2015.  The defendant had paid $180,000 out of the $200,000

4   bribe that he had promised, but he still owed Ernst, the tennis

5   coach, that last $20,000, and you'll hear that the defendant

6   was dragging his feet.  He was going through a very expensive

7   divorce at the time, so for over a year he stalled and delayed

8   paying Gordon Ernst that last $20,000, up through July of 2016.

9        And you will see this play out over a series of text

03:30 10   messages with the defendant.  For example, this text message

11   from July of 2016, this is from Gordon Ernst to the defendant

12   where he says, "Amo, let's square up soon.  My dad very sick

13   and I need to chip in and help my mom.  Gord."  The defendant's

14   response?  "Give me a few weeks and I can take another bite out

15   of it."

16        You'll hear that Gordon Ernst, the tennis coach, then

17   reached out again a couple weeks later, this time asking to

18   meet in person.  And the defendant's response?  "I can't for

19   next several hours but can late this afternoon.  I can take a

03:31 20   small bite today, not as big as the last," the defendant's own

21   words talking about the bribe payment.

22        In addition to those texts, you're going to see the

23   defendant's call records, and they show the defendant on calls

24   with his co-conspirators over the course of this scheme over a

25   hundred times.  And they also show the defendant and Tim

1   Donovan, the middleman, calling each other on multiple times

2   years later, long after the scheme was complete, on March 12,

3   2019.  And you'll hear the reasons they were calling each other

4   that day.  March 12, 2019, is when the allegations became

5   public that Gordon Ernst, the tennis coach, had been taking

6   bribe payments from multiple parents in exchange for recruitment

7   slots, and the defendant was calling Tim Donovan, his middleman,

8   to get their stories straight.

9          I just previewed for you some of the evidence you're

03:32 10   going to hear at trial, which is going to come through a

11   variety of sources.  You're going to see emails, financial

12   records, screenshots of the defendant's texts, and the

13   defendant's own call records.  You are also going to hear from

14   a number of witnesses, including the defendant's own

15   co-conspirator, the middleman, Tim Donovan.  He's going to tell

16   you how this scheme worked.  And you're also going to hear that

17   Tim Donovan is not here voluntarily.  At the request of the

18   government, he's here at the order of the Court under what is

19   commonly referred to as an "immunity order."  You'll hear more

03:33 20   about that during trial, but it basically means that none of

21   his testimony that he gives in that witness chair when he's

22   talking to you can be used against him criminally, unless he

23   lies.

24          You'll then hear from Middlesex witnesses.  They will

25   tell you that students from Middlesex will not be admitted to

1    Georgetown with either grades or test scores as low as the

2    defendant's daughter, let alone the combination of the two.

3    And in terms of being a tennis prospect, you're going to hear

4    from the defendant's daughter's own high school tennis coach.

5    She's going to tell you that the defendant's daughter was not a

6    very good tennis player, she's not being recruited by any

7    colleges to play tennis; and in terms of even trying to play

8    college tennis, that neither the defendant nor his daughter had

9    ever even mentioned the prospect to that coach.

03:34 10          You'll then hear from the Georgetown University

11   witnesses.  They will tell you that Georgetown had a very

12   competitive collegiate tennis program, and that to make sure

13   that Georgetown had excellent players for its team, Gordon

14   Ernst was allowed to identify six high school tennis players as

15   recruits each year for the men's and the women's teams.  Those

16   recruits were essentially guaranteed admission and could have

17   much lower academic standards than the average applicant,

18   specifically because of their tennis ability.  And you will

19   hear that that's what Georgetown thought it was getting with

03:34 20   the defendant's daughter, a tennis recruit.  But then you'll

21   also hear that once the defendant's daughter got to Georgetown,

22   not only did she not play, but she never participated in any

23   sort of team activity.

24          Now, at this time I want to pause for a moment to make

25   a small but important point.  We're not here because of the

1  defendant's daughter.  You're going to hear that her name is

2  Katherine.  You're going to hear about her grades and her test

3  scores, the fact that she wasn't very good at tennis, but to be

4  clear, we are not here because of Katherine.  We are here

5  talking about Katherine because of the crimes the defendant

6  committed outside of her formal application process.  So during

7  this trial, we're going to ask you to focus on the defendant's

8  actions and his words and those of his co-conspirators.

9        Now let's briefly talk about the charges in this case.

10 The defendant is charged with two crimes.  The first count

11 charges conspiracy, and the second count charges federal

12 programs bribery.

13       The first charge, conspiracy, is simply a legal word

14 for an agreement between two or more people to commit a crime;

15 and, as we just discussed, the agreement in this case was

16 between the defendant, the Georgetown tennis coach, Gordon

17 Ernst, and the middleman, Tim Donovan.

18       And the evidence will show they conspired to commit

19 three separate crimes.  The first is mail fraud.  This is a

20 form of fraud that uses the mail to accomplish the scheme, and

21 in this case, the mail included the letters sent by Georgetown

22 to the defendant's house confirming his daughter's admission.

23       Next, honest services mail fraud.  This is another

24 form of mail fraud that involves depriving an employer of the

25 honest services of its employee.  In this case, the employer is

1    Georgetown University.  The corrupt employee?  That's Gordon

2    Ernst, the tennis coach.  And the defendant's agreement with

3    Gordon Ernst to have his daughter identified as a tennis

4    recruit and to not tell the Admissions Committee about the cash

5    bribe that he paid, that's the honest services fraud.

6         And, finally, conspiracy to commit federal programs

7    bribery.  This is a form of bribery that involves entities

8    receiving federal funds, and you'll hear that Georgetown

9    University, like many universities, receives federal funding.

03:37 10    This charge specifically addresses the defendant's agreement to

11    pay Gordon Ernst the cash bribe.

12         The second charge is federal programs bribery itself,

13    and unlike the conspiracy charge which involves an agreement to

14    commit a crime, Count 2 addresses the bribe itself.

15         Those are the charges, and soon you're going to hear

16    the evidence -- a fake tennis recruit, a paper bag of cash, and

17    admission into Georgetown University -- and once you've heard

18    all that evidence, the government will ask you to return the

19    only verdict that is consistent with both those facts and the

03:38 20    law, that the defendant is guilty of the crimes charged.

21         Thank you for your time.

22         THE COURT:  Defense.

23         MR. BLACK:  Yes, your Honor.  We'd like to reserve a

24    motion regarding one issue.  We can wait until the jury is

25    excused for the day, unless the Court wants to hear it now.

| | |
|---|---|
| 1 | THE COURT:  I don't want to hear it now, so you go |
| 2 | right ahead. |
| 3 | OPENING STATEMENT BY MR. BLACK: |
| 4 | MR. BLACK:  May it please the Court, good afternoon, |
| 5 | ladies and gentlemen. |
| 6 | THE COURT:  Is there a problem? |
| 7 | THE CLERK:  Are you using the monitors or not? |
| 8 | MR. BLACK:  Yes. |
| 9 | Good afternoon again, ladies and gentlemen.  Katie |

03:39 10 Khoury entered Georgetown on her own merit, not as a result of

11 bribery.  She graduated from Middlesex Prep School, one of the

12 toughest prep schools in the United States.  She submitted an

13 application to Georgetown University in which she accurately

14 and truthfully reported her academic standing at the school.

15 She reported truthfully and honestly her grade-point average,

16 and she reported her SAT scores.  Some of you may be familiar

17 with the SATs that people take.  She not only reported her SAT

18 scores, she took it four times because this young lady was a

19 dedicated student and dedicated to get into a university, and

03:40 20 she took it four times, each time trying to raise her score to

21 assist her application to get into the school.  This is what

22 got her admitted to Georgetown, not a crime.

23 And her application went to an admissions officer at

24 Georgetown who passed upon it and said that she was qualified.

25 It then went to the Admissions Commission at Georgetown, who

examined her application and all the details and found that she
passed the standards for the school.  And then it went to the
Dean of Admissions at Georgetown, and her application was
accepted.  And this is why she was accepted as a student at
Georgetown University, and she was admitted as a regularly
enrolled student in a four-year program.

She was not admitted because she was a tennis star.
She was not admitted because she was an academic star.  She
wasn't admitted because she came from a well-off family.  She
was admitted because she fit all three of those categories, and
those three categories are ones that Georgetown University
gives precedence to.  And you will hear from the witnesses that
grades alone and scores alone are not enough to get admitted to
these universities.  You can be the top student, get the
highest SATs, you can be valedictorian of your class, and not
be admitted because they have their own factors that they look
at to admit students.  And in fact they report that over
fifty percent of the valedictorians from high school who apply
to Georgetown are not admitted because grades standing alone,
SAT scores standing alone, none of that is enough to get
admitted to the school.  They look for more things than that
that are important to them.

Katie Khoury was admitted because she was a hybrid.
She not only had the scores, she not only had the grades, but
she also had athletic talent.  Now, any one of those three may

not have been enough to get her admitted, but it was a
combination of the three.  That's why I call her a hybrid:  The
combination of those three things made her application to
Georgetown attractive to them.

She played varsity tennis at Middlesex, and her father
even wrote to the coach saying that "While she is not the top
tennis player, she has played all her life.  She has raw
talent.  She can be developed into a top player.  At some time,
if you admit her, she can play for your team."

She was not an academic scholar, as I said, but she
was as hard-working a student as you will ever see, and her
family's wealth made them a fundraising target for Georgetown
University.

Now, this brings me to a point of this case you're not
going to like.  One of the things we see today -- and this
always irks me when I read it at the beginning of articles or
books, and they give you what's called a "trigger warning"
because they know you're not going to like something.  Well,
I'm going to do the same thing here.  There's a part of this
case you're not going to like, and that is that wealth factors
into admission to these top elite universities.  They can
decide who they want to admit.

These are private businesses.  These are not public
institutions.  They're not run by public money.  They're not
state institutions.  They are private institutions.  They may

be nonprofits, which allows them to avoid paying federal income

tax.  But they have to raise money in order to run these

schools, and while it may be an ugly fact, who else are they

going to raise the money from?  And by the wealthy families

sending children there who pay full tuition and make donations

to the university, they are able to afford scholarships to pay

other kids who cannot afford the full tuition.  They make up

the difference between the tuition and the cost, and it goes

into the endowment of the school.  These are targets for the

school.

And, ladies and gentlemen, this system was created by

the schools, was created by the colleges.  It was created by

these Ivy League schools, by Georgetown, by the Harvards of the

world.  They're the ones who created this system that factors

wealth into admissions because they want donations from wealthy

families.

If you've ever been on a college campus, you will

never see a building named after the student who got the

highest SAT score or got the highest GPA score.  They're named

after the businesses and the businessmen who made donations to

the school.  As I said, we may not like it.  It may not be

fair, it may not be egalitarian, but these are private

businesses, and, as private businesses, they can make decisions

like this.

And let me show you how the system worked.

1          Keith, if you could put up Slide 2.

2          This is a text sent by Tim Donovan, the government

3    witness, to Mike Fried, who is the Wesleyan tennis coach, not

4    at Georgetown, at Wesleyan.  Katie Khoury did not even send in

5    an application to Wesleyan, and what is he saying?  "Maybe you

6    can get as much as $400,000 to $500,000 out of Amin Khoury."

7          Now, this is Mike Fried, the college tennis coach,

8    talking here about Donovan.  And you will see in the case that

9    he sends and talks to his athletic director, who then talks to

03:47 10    a department called Development, to see if they would be

11    willing to admit Katie Khoury as a student because they have

12    the opportunity to obtain a donation from her father.

13          Georgetown put together a spreadsheet.  Now, we have

14    this evidence because we subpoenaed it from Georgetown.  We

15    subpoenaed emails from them.  We subpoenaed documents.  We

16    subpoenaed spreadsheets.  There is a spreadsheet in which they

17    put down that "If we admit Katie Khoury, we may be able to get

18    as much as $1 million to $5 million from her family as

19    donations."  And right after she was admitted -- you just saw

03:48 20    the admission letter that government counsel --

21          So, Keith, if we could put up No. 3.

22          This Meg Lysy is a government witness.  She was the

23    admissions officer who passed on Katie Khoury's application.

24    As soon as Katie Khoury was admitted to the school, what does

25    she do?  She sends a message to someone in the Development

1    Department, a word that will become very important in this

2    case:  "Are you able to give me giving for Amin Khoury --"

3    meaning what is their history of philanthropy -- "and what do

4    you think that we can obtain from his family?"

5        This is two to three weeks after she's admitted they

6    start this.  And then they get an invitation to go to a VIP

7    event in August, before his daughter even goes to the first

8    class, an invitation sent to only the top three percent of

9    parents in order to solicit money from them.

03:49 10        But the good news is, there are no tax dollars

11   involved in any of this.  There is no government money involved

12   in it.  There are no government officials involved in it.  All

13   this deals with is the Georgetown tennis team, which gets no

14   federal funds.  It gets no public money.  It doesn't even get

15   supported by Georgetown itself.

16        As you will see through the evidence in this case, the

17   Georgetown tennis team that they are lauding as being so

18   important was self-funding.  The parents of the players, both

19   former and after, are the ones supporting the tennis team.  And

03:50 20   who has to raise the money?  The coach, not Georgetown, not the

21   United States government, not the state government, but the

22   coach himself and the players.

23        And what is the budget of Georgetown?  You would think

24   Division 1, right?  Let's put up the next slide.  Their budget

25   is number 452 of college tennis teams.  That's the importance

1    of the tennis team to Georgetown University.  There were no

2    scholarships given.  As I'll show you later, the players had to

3    buy their own equipment.  There's no federal money involved, no

4    tax money, no support at all.  They support it themselves.

5    It's a club, not a team.

6           Now, there's one point that I know is in the back of

7    your mind:  If Katie Khoury was admitted, was somebody else

8    denied admission?  That's one thing that worries everyone that

9    thinks about this:  Did some other deserving student lose a

03:52 10    chance?  Did somebody else get denied admission to the

11    university?  Did some kid lose his chance or her chance in life

12    because this kid got an advantage?  You know, it's one thing to

13    help your child, but you can't help your child at the expense

14    of somebody else's child.  But I can show you unequivocally

15    that no student, no child lost their place getting admitted to

16    Georgetown University in the fall of 2015 because of Katie

17    Khoury's admission.

18           Now, how can I be so sure?  Well, we subpoenaed the

19    documents from Georgetown.  Next slide.  Georgetown, and in

03:52 20    fact in the admission letter which you just saw a little while

21    ago, stated that they intended to have 1,580 classroom seats

22    for the class of 2019.  That's the date that they graduate.  So

23    they enter at 2015, and that's how many seats they have

24    available for students.  Now, they can change that when they

25    want to.  It's not really important here.  They can rise or

1    lower it depending how much more tuition they want to obtain,

2    but let's go with their figure of 1,580.

3         Next slide.  They sent out invitations to 3,358

4    students.  That's how many people were invited to go to

5    Georgetown.

6         Next slide.  Of the 3,358, 1,418 accepted the

7    invitation and agreed to go to Georgetown.  Well over half of

8    those who were invited decided not to go for one reason or

9    another.  They may have gone to another school, they may have

03:54 10   decided for personal reasons, but they didn't go, out of their

11   own voluntary decision, but 1,418 actually accepted.

12        In addition to that, 149 more joined this group before

13   the first class started.  And the first day of class, I said

14   2015 before -- it's September, 2016 -- the first day of class,

15   1,567 students showed up to start their education at Georgetown,

16   1,567 students.

17        Next slide.  They had 13 unfilled seats for Katie

18   Khoury's class, 13.  Nobody was denied admission to the school

19   because of her.

03:55 20        One thing I wanted to address also, government counsel

21   makes this point that the Khourys were a target of fundraising

22   and yet they didn't donate.  It's sort of a, I guess, somewhat

23   of a slap at them.  And there is a reason for that.  There is

24   three generations of the Khourys who have an educational trust

25   fund that make decisions about where their donations go to, and

1  they made a donation of $50 million to Northeastern University

2  because another donor went there and their grandfather went

3  there; and they thought Northeastern University that had that

4  unique work/study balance was more attractive for them, and

5  they donated $50 million to build a computer entrepreneurial

6  building on the Northeastern campus.  So it's not as if these

7  are people who do not donate to educational institutions.

8        And they make a point about Division 1.  You know,

9  when you think of Division 1, what are you thinking of?

03:56 10  Alabama, USC, Notre-Dame, Michigan, all those great names.

11  Well, there's a reason why the Georgetown tennis team is in

12  Division 1, and it has nothing to do with their abilities.

13        If we could put up the next one.

14        Well, I skipped over Katherine's SAT scores.  They

15  make the point that she is not qualified.  Well, her score

16  lands in the middle of people who were invited, but --

17        Next slide.

18        This is Georgetown's expenses or budgets for their

19  sports teams.  You will notice one of them is far more than any

03:57 20  other, and that's basketball.  Now, the tennis team is down at

21  the end here.  You need a microscope to actually see it, but

22  it's way down at the end.  There's one reason why Georgetown is

23  in Division 1, and that's basketball.  And under the rules of

24  Division 1, under the rules -- and basketball belongs to the

25  Big East Conference -- under the rules of the Conference, if

1    you have one team enters the conference, every other team at

2    the university also has to be considered the same.  Not that

3    they are the same; they're just considered the same.

4         And basketball, why is basketball so big?  Because

5    back in 1984 they had a young man named Patrick Ewing play for

6    them, and they won the National Championship and brought in a

7    large amount of revenue.  You may remember, he played for the

8    Nicks after that.  That's the reason why they're in Division 1.

9         Division 1 has 6,700 athletic teams.  It has 183,000

03:58 10   student athletes and has over 4,100 tennis players.  Does

11   Georgetown really fit in this?

12        Put up the next slide.

13        This is an email sent by the coach to his supervisor

14   in the Athletic Department saying, once again we have to use --

15   our players have to buy their own equipment or they have to

16   have used clothing.  This is the state of Georgetown tennis,

17   and this is in 2017.

18        And let me show you the headline in the newspaper.

19        Put the next one up.

03:59 20   This is in the campus newspaper --

21        MR. MARKHAM:  Your Honor, I just object at this point

22   that all this evidence isn't admissible.

23        THE COURT:  Yes, yes, I think --

24        MR. BLACK:  I'm sorry.  Is that sustained?

25        THE COURT:  Yes.

1          MR. BLACK:  All right.

2          What happened is, Georgetown took a bulldozer to the

3    tennis courts in 2014, and so the university no longer had even

4    any tennis courts.  They had to make a deal with the girls'

5    high school down the street, who had four tennis courts, to

6    allow the team to play there; and they had to play their

7    matches at the YMCA in Arlington, Virginia.  That's the state

8    of Georgetown tennis at the time that Katie Khoury went there

9    as a possible tennis player.  And adding insult to injury, what

04:00 10   was built on top of the tennis courts?  A building named after

11   the basketball coach.

12          Lee Reed, who was or is the Athletic Director of

13   Georgetown, called tennis and the other sports at Georgetown

14   other than basketball a "participation sport," like an

15   intramural team.

16          And if we could put up 14, that is the statement by

17   Lee Reed.  And if we can --

18          MR. MARKHAM:  I just have to object again.  This is

19   all inadmissible.

04:01 20   MR. BLACK:  I don't know why it's not admissible.  It

21   goes to people's state of mind.

22          THE COURT:  Let me -- I've never seen any of this

23   before, so why don't you take that down and make a proffer as

24   to what you'll be introducing.

25          MR. BLACK:  All right, it's not that important, your

1    Honor.  I'll move on.

2              THE COURT:  Okay.

3              MR. BLACK:  Put up the next slide.  Here is an email

4    to Gordie Ernst from the golf coach saying "Country club sports

5    unite."  That's how the sport was being treated at Georgetown.

6    So don't think that this is some big important team that was

7    impossible to meet the standards of.

8              And what was Katie's tennis ability?  Granted, she was

9    not a superstar.  She had played tennis all her life.  She had

04:02 10   been trained by her father, among other people.  She could play

11   tennis and played varsity tennis at Middlesex, but we're not

12   going to tell you that she was going to go to Wimbledon or the

13   French Open, or was, you know, a superstar tennis player.  She

14   was not that.

15             But if we could put up 16, here is an email sent by

16   Amin Khoury to Matt DeGreeff.  And you'll remember the

17   government talked about Matt DeGreeff, that somehow he is

18   misled or something like that.  Well, here it is in writing

19   where Amin Khoury says his daughter has raw ability, she could

04:03 20   be red-shirted.  That means that she wouldn't play right away.

21   And that if she had coaching, she may be able to get the talent

22   to get on the varsity.  This is not fooling anybody about Katie

23   Khoury's tennis ability.

24             And why was she recruited?  Gordie Ernst explained to

25   his superiors that he uses a combination of tennis playing and

1  finances to make his decision on recruiting people.  And why

2  did he say that?  "Because that's where I raise the money for

3  the budget for the team.  It's the families of the team players

4  who pay for this team.  I have to take into consideration the

5  finances when I make decisions like this because otherwise

6  there would be no team."  The Athletic Department provides no

7  budgeting for the tennis team, and the school is an equal

8  partner with Gordie Ernst in this.

9        Let me show you some of their emails to him, 17.

10       This is Brenda Smith.  She is head of what's called

11  Athletic Development, meaning she raises money for the Athletic

12  Department.  And, by the way, "development" is a term that's

13  used in these schools for the people who go out and solicit the

14  donations.  What does she say talking about a possible recruit?

15  "Show me the money!"

16       Next slide.

17       Here's another email between Brenda Smith and Gordie

18  Ernst.  This is a $500,000 donor to athletics who's supporting

19  a player, and what does Ernst say?  "Another mediocre player.

20  That's my strike zone."  And why is that his strike zone?

21  Because they have to raise money.

22       Now, who is Katie Khoury?  Was she worthy of being

23  admitted to college?  Was she the kind of person that a college

24  would be interested in?  As part of her application to

25  Georgetown, the school requires the high school to write a

letter setting out everything relevant about the student, and
it has to be confidential and is not shown to the student, it's
not shown to her parents; but it's sent with the application to
Georgetown because Georgetown takes into consideration what her
high school counselors and principals say to determine who
ought to go to their school.  They just don't do it on some
analytics, some little algorithm of scores and grades and what
have you.  They do it for more than that.

And what does Middlesex write about Katie Khoury?  Her
trigonometry and analytical geometry teacher wrote, "She worked
more tirelessly and with more focus than any student whom I
have ever taught."

"More than any student I have ever taught."

Now, this is signed by Kathleen Giles, head of the
school, Matthew DeGreeff, director of college counseling, and
the associate director.  What do they write?  "Growing up in a
tennis family, Katherine has played the game since she was able
to hold a racket, and she has molded her game after some of the
great baseline players of the last decade.  She takes great
pride in her ability to place the ball using her strength and
court savvy to move her opponent around the court."

What did the coach say, the tennis coach that they
quote that they're going to call as a witness?  "She was an
absolute joy to have on the team."

What does the squash coach say?  Because she played

1    two racket sports, tennis and squash.  "Katherine is also a

2    dedicated member of the squash program," and her coach added,

3    "Katherine personified what we want in our players to

4    demonstrate in terms of sportsmanship, for she always faced her

5    opponent with a smile and kind words.  She never gave up in a

6    match and would often challenge an opponent until the end of

7    game five."

8         That's who this young lady is.  And at the end of the

9    statement they say, "She has earned the admiration and

04:08 10   affection of the faculty, and we recommend Katherine with great

11   enthusiasm for your class of 2019."  I couldn't imagine a more

12   glowing recommendations than that, but that's who this young

13   lady is.  That's why she was admitted to Georgetown University.

14        So let's talk about Tim Donovan and what happened with

15   Gordie Ernst and Amin Khoury.  There was a reunion dinner set

16   at Brown University in May of 2014.  These are guys who had not

17   seen each other for many years.  Amin Khoury hadn't seen them

18   for 20 years.  Out of the blue, they called him up and invited

19   him to the reunion dinner.  He didn't even know what Gordie

04:09 20   Ernst was doing.  He didn't know what Tim Donovan was doing.

21   He didn't know that Mike Fried was the coach at Wesleyan for

22   tennis.  He didn't know any of that, but he went down to the

23   Brown campus, and they met at the Capital Grille.  And they sat

24   around a table, and they had -- you'll see the bills --

25   drinking, I mean, they had a large bar bill, a large dinner

bill.

And they all met, and they're sitting at the table, Gordie Ernst, his brother Bobby, Kevin Wyman.  Mike Fried would come in and out.  Amin Khoury is sitting there.  They're all sitting around a table talking and reminiscing about their days on the Brown tennis team when they were teenagers.  They're no longer teenagers.  They're losing hair, they're gray, they're older.  They're drinking, they're talking, they're having a good time.  And they expect you to believe that in the middle of sitting around with all these people in the middle of the Capital Grille, they find out that Amin Khoury's daughter is applying to college and she's a tennis player, so his old friends, like his fraternity brothers, old teammates who help each other out, say, "Oh, by the way, we'll help you out.  Just pay us $200,000."  That's what they want you to believe.

Now, they did find out that his daughter was applying.  They said, "Can we help in any way?"  And so both Mike Fried approached the Athletic Director at Wesleyan, and Gordon Ernst also worked on it to see if she could go play at Georgetown.  That's what happened.  There's no talk of a conspiracy.  There's no conspiratorial deal made to pay $200,000 with all these people sitting at a table in the middle of a restaurant.

Now, what's the first thing that Donovan does after this reunion dinner?

If we could put back up No. 2, Keith.

1          Remember, the government says that now at the dinner,

2     Donovan, Ernst, and Khoury have made a deal for $200,000 for

3     Katie Khoury to go to Georgetown University, and Ernst is

4     getting, you know, $150,000, and supposedly Donovan is getting

5     paid $20,000, $30,000, $50,000, whatever it may be.  But what

6     does he do?  He sends messages to Mike Fried at Wesleyan trying

7     to get Katie Khoury admitted to Wesleyan university.  This is

8     the man who's the middleman in this bribe deal where he's going

9     to make $30,000, $40,000, $50,000, and here he is for free

04:12 10     sending her to another school?

11          And then we get to who may be the most important

12     figure in the case because, see, Donovan is not that important.

13     They say that he's involuntarily here as a witness.  That's not

14     true at all.  He and his lawyer negotiated for a year with the

15     prosecutors to get immunity so he wouldn't be charged for the

16     tax crimes that he has committed, and so he's going to come in

17     here, in order to absolve himself for tax crimes and not have

18     to go to federal prison, by pointing the finger at Amin Khoury

19     because that's his only way out.  There's nothing involuntary

04:13 20     about that.  He was begging to get immunity to save himself, to

21     save his business that makes half a million dollars a year

22     consulting for tennis and schools.  If he had a conviction,

23     he's out of business.  This man has every incentive in the

24     world to make up a story, and that's what he's going to do.

25          But Matt DeGreeff is a man who works at Middlesex,

1     went to Harvard, played basketball at Harvard, was an

2     admissions director at Harvard, and then works now at the

3     Middlesex Prep School, head of college counseling.  He's the

4     man who's the expert on how you can position yourself to get

5     into college.  And you'll hear he's the one who talks about the

6     hooks, the institutional hooks that you need, things like

7     athletics, things like the first time going to school, being of

8     a minority, and being able to donate money to the school.  He

9     will tell you that's what happened, and that's what he told

04:14 10     Amin Khoury.

11          Amin Khoury has been told his entire life, whatever

12     school his kids went to, that he has to make donations, every

13     single one.  And he's told time and time again, "This is what

14     you have to do," and so he followed the advice of Matt

15     DeGreeff.  And you will hear Matt DeGreeff recommends for his

16     daughter to go see a trustee at BC, Boston College, because

17     they have a capital campaign going on; they need money to build

18     buildings.  "If you go talk to this trustee, this will help you

19     get admitted to Boston College."  And we have this all in

04:15 20     emails.  And he has a computer program that determines all

21     these institutional hooks and where it will help you get

22     admitted to school.  That's how sophisticated this is.  It's

23     all on a computer.  This is not something made up by Amin

24     Khoury.

25          And the most important email in this entire case is

1    sent by Amin Khoury to Matt DeGreeff.  And if we could put up

2    22.  This is after the reunion dinner, Amin Khoury sends an

3    email to Matt DeGreeff saying he wants him to call the coach at

4    Georgetown, Gordon Ernst, he said "Because I had conversations

5    with him, but maybe I misinterpreted what he said.  Could you

6    please check to see if he's serious about offering my daughter

7    a place at Georgetown?"

8           Now, does this sound like somebody who's agreed to pay

9    a bribe?  He's asking the college counselor to talk to the

04:17 10   coach because he's not sure that he heard correctly from Gordon

11   Ernst because they're a bunch of old frat boys sitting around

12   drinking at the reunion dinner, "And I want to be sure that I

13   heard it right that he's going to help my daughter get into

14   Georgetown.  Could you please verify that?"  So what does he

15   do?  He calls him up.

16           The next slide.

17           And Matt DeGreeff says that he spoke with him, and

18   what does Gordon Ernst tell him?  He doesn't say, "Yes, she's

19   guaranteed to get into Georgetown.  Don't worry about it."  No.

04:17 20   He says, "It depends on how my recruiting class goes."  And

21   you'll see that's really critical because she does not get any

22   chance until six months later, when he has the end of his

23   recruiting class where he had a lot of success, and he could

24   afford to use a spot for someone like Katie Khoury.  And that's

25   exactly what happens.

1         And the next slide, this is in October where he now

2    says, "I'm happy to talk about Katie.  Why?  Because I had the

3    best recruiting season I ever had.  I got two 5-star girls."

4    He also got a transfer from UCLA.  He now can talk about Katie

5    Khoury.  Not only that, but you will hear that for this to

6    happen, one of his recruits, who is a 5-star recruit, refused

7    to retake the SAT because it wasn't high enough, so she went to

8    BC instead on a scholarship.  And what does Tim Donovan write

9    to Amin Khoury?  We have it in writing:  "We dodged a bullet,"

04:19 10    because that's the only way Katie was getting in, because this

11    other kid declined to do any more work to get into Georgetown;

12    she didn't think it was worth it.

13         And what did Donovan say?  This guy now comes up with

14    this story.  What does he say when she's admitted to the

15    school?  "Miracles can happen."  Well, bribes are not miracles.

16    Miracles are everything falling in place to give this young

17    lady a chance.

18         And they bring up the fact that she had problems when

19    she went to Georgetown.  And this is sort of a sore subject,

04:19 20    but I'm just going to mention it because Amin Khoury and his

21    wife had a highly ugly divorce.  His daughter became outraged

22    at him, and you will see the text messages.  There's a lot of

23    ugly things that went on, and she no longer wanted to play

24    tennis because that was her bond with her father.  Throughout

25    their entire life, the two of them bonded over tennis, and she

 1    could no longer stomach it.  She could no longer play it, and

 2    she said she was dropping out for her own mental health.  And

 3    they make fun of this, but did you ever see -- what about

 4    Simone Biles at the Olympics?  Her number one event, her mind

 5    wasn't in it and couldn't do it.  Tennis is a mental game just

 6    like a lot of these sports.  Boy, when you're no longer into

 7    it, you can't do it.

 8            And so the government says that the school is

 9    defrauded because they don't know Gordie Ernst is getting

04:20 10   money.  Well, the school itself proposed that Gordie Ernst

11    could be paid money by private donors.

12            If we could put up 25.

13            This was the proposal.  See this May 19, 2015?

14    Remember you heard that the money is paid in May of 2015?  What

15    does the school propose?  Gordie Ernst no longer has the

16    courts.  He doesn't have his tennis pro camp anymore.  He's

17    lost half of his income or more than that.  So we can do two

18    things:  Plan A, the university and private donors can jointly

19    give him the money, or, Plan B, what's Plan B?  You can

04:21 20   supplement his income by private donors.

21            Put up the next one.  This was suggested by who?

22    Brenda Smith, who's head of the Athletic Development, the head

23    fundraiser for the Athletic Department at Georgetown.  Who was

24    it sent to?  Lee Reed, the Athletic Director.  I don't know who

25    Sharon Brummell is, but Daniel Trump is the Assistant Athletic

1    Director who is Gordie Ernst's direct supervisor.  And what is

2    Plan B?  We can do it either having a couple of people donate

3    with the university, or Plan B, it could be fully funded by

4    donors.  The university itself is suggesting that Gordie Ernst

5    could be paid by private sources to make up for his lost

6    income, just like they say the tennis team has to supply their

7    own funds.

8            So Count 1, the government says Georgetown is

9    defrauded.  Georgetown was not defrauded of a single thing.

04:23 10    They admitted Katie Khoury.  She was an acceptable student to

11    them.  They knew the truth about her when they admitted her.

12    They admitted her based on her application, and her father paid

13    full tuition, room and board, in excess of $280,000 to

14    Georgetown.  They were not defrauded of a dime.  And in

15    addition to that, they thought they could get another

16    $1 million to $5 million out of the Khoury family.

17            And Count 2 is bribery, and what is the bribery?

18    Paying money to Gordie Ernst in May of 2015 at the same time

19    the school is telling him he can take money from private

04:23 20    donors.  And what is happening?  Katie Khoury has already been

21    admitted to school.  Gordie Ernst has helped her out numerous

22    times, helped her out when she got suspended from school

23    because you will hear, ironically, when she got admitted to

24    Georgetown, she and her sister went and had a glass of champagne,

25    and the school found out about it and suspended her for six

1    days, and refused to let her walk at graduation, and sent the

2    disciplinary report to Georgetown.  And the family was worried

3    that Georgetown was going to revoke its admission, and Gordie

4    Ernst helped save it.  And Amin Khoury, being the kind of

5    person that he is, being a lifelong friend, being a teammate,

6    if you're going to help out anybody, you're going to help out

7    the person who helped you, and that person was Gordon Ernst.

8    And it was not a bribe.  You can give a gift to somebody, and

9    it is not a bribe.  If somebody helps you and you give them a

04:24 10   gift, that is not a federal crime.

11              Thank you very much.

12              THE COURT:  Thank you.  So we'll stand in recess.

13              (Adjourned, 4:25 p.m.)

14                              *   *   *

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3

    UNITED STATES DISTRICT COURT )
4   DISTRICT OF MASSACHUSETTS    ) ss.
    CITY OF BOSTON               )

5

6

7            We, Lee A. Marzilli, Official Federal Court Reporter,

8   do hereby certify that the foregoing transcript, Pages 1

9   through 37 inclusive, was recorded by me stenographically at

10  the time and place aforesaid in Criminal No. 20-10177-PBS,

11  United States of America v. Amin Khoury, and thereafter by me

12  reduced to typewriting and is a true and accurate record of the

13  proceedings.

14           Dated June 16, 2022.

15

16

17

18

19

20           /s/ Lee A. Marzilli

             _____
21           LEE A. MARZILLI, CRR
             OFFICIAL COURT REPORTER
22

23

24

25